MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
**DURHAM JONES & PINEGAR**
10785 West Twain Avenue, #200
Las Vegas, NV 89135
Telephone: (702) 870-6060
Facsimile: (702) 870-6090
Email: mrawlins@djplaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRO-TECT SECURITY SERVICES, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED SYSTEM IMPROVEMENT SERVICES, INC. d/b/a SPECIAL INTELLIGENCE SERVICE, an Arizona Corporation. <br><br> Defendant. | Civil Action No. 2:17-cv-01685-JAD-NJK |

## STIPULATION AND ORDER TO CONTINUE FEDERAL RULE 26(f) CONFERENCE (SECOND REQUEST)

Plaintiff Pro-Tect Security Services, LLC by and through its counsel of record, Gary E. Schnitzer, Esq. and Adam Wax, Esq. of the law firm Kravitz, Schnitzer & Johnson, Chtd., and Integrated Systems Improvement Services Inc. d/b/a Special Intelligence Services, by and through its counsel of record, Michael D. Rawlins, Esq. of the law firm Durham Jones & Pinegar, hereby stipulate and agree to extend the Federal Rule 26(f) conference deadline for an additional 30 days, to October 27, 2017.

This request is made to allow counsel to continue to investigate a possible conflict of interest. Plaintiff's principal has used defendant's counsel's firm for legal

LV_3454174.1

services, and plaintiff's counsel has raised the issue whether defendant's counsel has a conflict of interest. Defendant's counsel has provided its position to plaintiff, and plaintiff has responded. Defendant's counsel is now evaluating the conflict based on information provided by plaintiff and a detailed review of their files.

Counsel have discussed this issue, have exchanged correspondence on the same, and have concluded there is a need to continue the conference deadline from September 27, 2017 to October 27, 2017 to allow the parties to explore the make informed decisions about the conflicts issue. The parties believe that sharing of information and consultation with conflicts counsel is prudent at this time. If the parties are unable to come to an agreement, it is possible that a motion for disqualification will be filed by plaintiff.

This extension is made for good cause and not for purposes of delay.

**IT IS SO AGREED AND STIPULATED.**

KRAVITZ, SCHNITZER & JOHNSON

By _____
Gary E. Schnitzer, Esq
NV Bar No.395
Adam J. Wax, Esq.
NV Bar No. 12126
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
*Attorneys for Plaintiff*

DURHAM JONES & PINEGAR

By _____
Michael D. Rawlins
NV Bar No. 5467
10785 W. Twain Ave., Suite 200
Las Vegas, NV 89135
*Attorneys for Defendant*

IT IS SO ORDERED.

Dated: September 27, 2017

_____
UNITED STATES MAGISTRATE JUDGE

LV_3454174.1