GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
ADAM J. WAX, ESQ.
Nevada Bar No. 12126
KRAVITZ, SCHNITZER, & JOHNSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 352-6666
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
awax@ksjattorneys.com
*Attorneys for Plaintiff,*
*Pro-Tect Security Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRO-TECT SECURITY SERVICES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., an Arizona Corporation; INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., d/b/a SPECIAL INTELLIGENCE SERVICE, an Arizona Corporation; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01685-JAD-NJK |

**STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF TO FILE ITS FIRST AMENDED COMPLAINT**

IT IS HEREBY STIPULATED, by and between Plaintiff, PRO-TECT SECURITY SERVICES, LLC (the "Plaintiff"), by and through its attorneys of record, Gary E. Schnitzer, Esq., and Adam J. Wax, Esq., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., and Defendants, INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., and INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., d/b/a SPECIAL

1

INTELLIGENCE SERVICE, (collectively, the "Defendants"), by and through their attorneys of record, Michael D. Rawlins, Esq., and of the law firm of DURHAM JONES & PINEGAR, and hereby stipulates that Plaintiff shall be allowed leave to amend its Complaint to revise the Plaintiff from PRO-TECT SECURITY SERVICES, LLC, to TRADE SHOW SERVICES, LTD., d/b/a PRO-TECT SECURITY, in their First Amended Complaint.

IT IS HEREBY FURTHER STIPULATED that Plaintiff shall be allowed leave to file the First Amended Complaint as attached hereto as Exhibit "1."

**IT IS SO AGREED AND STIPULATED.**

| KRAVITZ, SCHNITZER & JOHNSON | DURHAM JONES & PINEGAR |
|---|---|
| By /s/ Adam J. Wax, Esq. | By /s/ Michael D. Rawlins, Esq. |
| Gary E. Schnitzer, Esq | Michael D. Rawlins |
| NV Bar No.395 | NV Bar No. 5467 |
| Adam J. Wax, Esq. | 10785 W. Twain Ave., Suite 200 |
| NV Bar No. 12126 | Las Vegas, NV 89135 |
| 8985 S. Eastern Ave., Suite 200 | *Attorneys for Defendant* |
| Las Vegas, NV 89123 | |
| *Attorneys for Plaintiff* | |

Plaintiff shall file its first amended complaint, attached to the parties' stipulation as exhibit 1, on the docket no later than October 25, 2017.

IT IS SO ORDERED.

Dated: October 23, 2017

_____
UNITED STATES MAGISTRATE JUDGE

2