GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
ADAM J. WAX, ESQ.
Nevada Bar No. 12126
KRAVITZ, SCHNITZER, & JOHNSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 352-6666
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
awax@ksjattorneys.com
*Attorneys for Plaintiff,*
*Trade Show Services, LTD.*
*d/b/a Pro-Tect Security*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRADE SHOW SERVICES, LTD., a Nevada Corporation, d/b/a PRO-TECT SECURITY SERVICES, <br><br>Plaintiff, <br><br>vs. <br><br>INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., an Arizona Corporation; INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., d/b/a SPECIAL INTELLIGENCE SERVICE, an Arizona Corporation; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br>Defendants. | Case No.: 2:17-cv-01685-JAD-NJK |

**STIPULATION AND ORDER TO FILE PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISQUALIFY DEFENDANTS' ATTORNEYS ON JANUARY 16, 2018**

Plaintiff, TRADE SHOW SERVICES, LTD., d/b/a PRO-TECT SECURITY SERVICES ("Pro-Tect"), by and through its counsel of record, Gary E. Schnitzer, Esq., and Adam Wax, Esq., of the law firm Kravitz, Schnitzer & Johnson, Chtd., and Defendant, Integrated Systems Improvement Services, Inc., d/b/a Special Intelligence Services ("Defendant"), by and through its counsel of record, Michael D. Rawlins, Esq., of the law firm Durham Jones & Pinegar, hereby

1

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-66666

stipulate and agree that Plaintiff will file its Reply to Defendant's Opposition to Plaintiff's Motion to Disqualify Defendants' Attorneys **on or before January 16, 2018**. Defendant's Opposition was filed on December 26, 2017, making Pro-Tect's Reply due on or before January 2, 2018. *ECF No. 32.* The Parties have mutually agreed to **January 16, 2018**, as Pro-Tect's deadline to file its Reply in support of *ECF No. 28* in light of the New Year's Holiday and to allow Pro-Tect sufficient time for its Reply. This Stipulation is made in accordance with Local Rule 7-1 and for good cause.

**IT IS SO AGREED AND STIPULATED**.

KRAVITZ, SCHNITZER & JOHNSON               DURHAM JONES & PINEGAR

By __/s/ Adam J. Wax, Esq._____               By __/s/ Michael D. Rawlins, Esq,____
  Gary E. Schnitzer, Esq                                    Michael D. Rawlins
  NV Bar No.395                                                  NV Bar No. 5467
  Adam J. Wax, Esq.                                          10785 W. Twain Ave., Suite 200
  NV Bar No. 12126                                             Las Vegas, NV 89135
  8985 S. Eastern Ave., Suite 200                      *Attorneys for Defendant*
  Las Vegas, NV 89123
  *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 29, 2017