GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
ADAM J. WAX, ESQ.
Nevada Bar No. 12126
KRAVITZ, SCHNITZER, & JOHNSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 352-6666
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
awax@ksjattorneys.com
*Attorneys for Plaintiff,*
*Trade Show Services, LTD.*
*d/b/a Pro-Tect Security*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TRADE SHOW SERVICES, LTD., a Nevada Corporation, d/b/a PRO-TECT SECURITY SERVICES,

Plaintiff,

vs.

INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., an Arizona Corporation; INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., d/b/a SPECIAL INTELLIGENCE SERVICE, an Arizona Corporation; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,

Defendants.

Case No.: 2:17-cv-01685-JAD-NJK

**STIPULATION AND ORDER TO FILE PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISQUALIFY DEFENDANTS' ATTORNEYS ON JANUARY 30, 2018 (SECOND REQUEST)**

Plaintiff, TRADE SHOW SERVICES, LTD., d/b/a PRO-TECT SECURITY SERVICES ("Pro-Tect"), by and through its counsel of record, Gary E. Schnitzer, Esq., and Adam Wax, Esq., of the law firm Kravitz, Schnitzer & Johnson, Chtd., and Defendant, Integrated Systems Improvement Services, Inc., d/b/a Special Intelligence Services ("Defendant"), by and through its counsel of record, Michael D. Rawlins, Esq., of the law firm Durham Jones & Pinegar, hereby

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-66666

stipulate and agree that Plaintiff will file its Reply to Defendant's Opposition to Plaintiff's Motion to Disqualify Defendants' Attorneys **on or before January 30, 2018**. Defendant's Opposition was filed on December 26, 2017, making Pro-Tect's Reply due on or before January 2, 2018. *ECF No. 32.* The Parties previously mutually agreed by stipulation that January 16, 2018, would be Pro-Tect's deadline to file its Reply in support of *ECF No. 28*. *ECF No. 36.* Due to the holidays, the Parties' schedules and the person(s) from Pro-Tect that counsel requires to respond to the Opposition being committed to CES for the next 7-10 days[1], unforeseen circumstances, and additional matters necessitating the attention of the Parties and their counsel, combined with counsel's duty to provide a complete response to the Opposition, the Parties have mutually agreed in good faith that Pro-Tect shall have additional time for its Reply. Thus, the Parties have mutually agreed that Pro-Tect shall have until on or before **January 30, 2018**, as Pro-Tect's deadline to file its Reply in support of *ECF No. 28.* The Parties agree that this Stipulation is being submitted in good faith, and not for purposes of delay. Further, this Stipulation is made in accordance with Local Rule 7-1 and for good cause.

**IT IS SO AGREED AND STIPULATED.**

KRAVITZ, SCHNITZER & JOHNSON

By  /s/ Adam J. Wax, Esq.
Gary E. Schnitzer, Esq
NV Bar No.395
Adam J. Wax, Esq.
NV Bar No. 12126
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
*Attorneys for Plaintiff*

DURHAM JONES & PINEGAR

By  /s/ Michael D. Rawlins, Esq.
Michael D. Rawlins
NV Bar No. 5467
10785 W. Twain Ave., Suite 200
Las Vegas, NV 89135
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 9, 2018

---

[1] Plaintiff Pro-Tect is a security company and one of Pro-Tect's largest contracts is to provide security for the CES show currently ongoing in Las Vegas, Nevada. As such, Pro-Tect's representative(s) are working at CES exclusively for the next 7-10 days, making them unavailable to assist in the Reply.