# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRADE SHOW SERVICES, LTD, | Case No. 2:17-cv-01685-JAD-NJK |
| Plaintiff, | ORDER |
| v. | (Docket No. 28) |
| INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion to disqualify. Docket No. 28. Prior to filing this motion, the parties filed two stipulations to file all briefings and exhibits related to Plaintiff's motion to disqualify under seal. Docket Nos. 20, 22.

In denying the parties' stipulations, the Court noted that the parties failed to address the applicable standards for sealing. *See* Docket Nos. 21, 27. The Court provided the parties with the requisite standards a motion to seal must comply with, notably the standards provided in *Kamakana v. City & County of Honolulu,* 447 F.3d 1172 (9th Cir. 2006). *Id*. Further, the Court found that the parties failed "to state whether the documents they request to be sealed could be redacted and, if so, which portions." Docket No. 27 at 2. *See also Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003); *In re Roman Catholic Archbishop of Portland in Oregon*, 661 F.3d 417, 425 (9th Cir. 2011) (the district court must "keep in mind the possibility of redacting the sensitive material").

Finally, the Court reminded the parties that, under the Court's local rules, a party must file the documents for which it requests sealing under seal along with a separate motion to seal. Docket No. 27 at 1; LR IA 10-5(a).

Rather than complying with the caselaw of the Ninth Circuit, the Court's two prior orders, and the Court's Local Rules, Plaintiff filed its motion to disqualify, and accompanying exhibits, with redactions for which it did not file a separate motion to seal addressing the applicable standards for each redaction. *See* Docket Nos. 28, 29, 30. Further, Plaintiff failed to file its unredacted motion and exhibits under seal. *See* Docket.

No later than February 23, 2018, Plaintiff shall file its unredacted motion to disqualify and accompanying exhibits under seal, along with a separate motion to seal that addresses the relevant standards for each requested redaction. Failure to comply with this order will result in an order to show cause why Plaintiff and/or Plaintiff's counsel should not be sanctioned for failing to comply with three Court orders.

IT IS SO ORDERED.

DATED: February 22, 2018.

_____
NANCY J. KOPPE
United States Magistrate Judge