Michael D. Rawlins
Nevada Bar No. 5467
**SMITH & SHAPIRO, PLLC**
333 East Serene Avenue, Suite 130
Henderson, Nevada 89074
Telephone: (702) 318-5033
Facsimile: (702) 318-5034
Email: mrawlins@smithshapiro.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRADE SHOW SERVICES, LTD., a Nevada Corporation, d/b/a PRO-TECT SECURITY SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., an Arizona Corporation; INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., d/b/a SPECIAL INTELLIGENCE SERVICE, an Arizona Corporation; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-CV-01685-JAD-NJK<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**<br><br>[ECF No. 54] |

IT IS HEREBY STIPULATED, by and between the undersigned counsel, that Defendant shall have until Monday, April 23, 2018, to file and serve its Response to Plaintiff's Objection to Order Denying Motion to Disqualify Defendant's Attorneys and Request for De Novo Review. Under LR IB 3-1, that response would normally be due April 13, 2018.

///

///

///

///

///

1

Counsel for Defendant has recently changed law firms and is in the middle of a physical move of offices and a transition of computer files and systems. The parties agree this Stipulation is being submitted in good faith and not for purposes of delay, and that this Stipulation is made in accordance with Local Rule 7-1 and for good cause.

Dated this __9th__ day of April, 2018.

**SMITH & SHAPIRO, PLLC**

By: _/s/ Michael D. Rawlins_
Michael D. Rawlins

Attorneys for Defendant

Dated this __9th__ day of April, 2018.

**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**

By: _/s/ Adam J. Wax, Esq._
Adam J. Wax, NV Bar No. 12126

Attorneys for Plaintiff

IT IS SO ORDERED:

_____
U.S. District Judge Jennifer A. Dorsey

DATED: April 12, 2018