# EXHIBIT A

# Correspondence from Robert L. Bolick to Leslie Bruno

```
DURHAM
JONES &
PINEGAR
```

Durham Jones & Pinegar, P.C.
10785 West Twain Avenue
Suite 200
Las Vegas, Nevada  89135
702.870.6060
702.870.6090 Fax
www.djplaw.com

Robert L. Bolick
Attorney
rbolick@djplaw.com

Leslie Bruno
3511 South Eastern Avenue
Las Vegas, NV  89169

As you may be aware, in September, 2009, my firm, Bolick & Boyer, merged with a large Utah firm, Durham Jones & Pinegar (DJP).  DJP has decided to withdraw from the Las Vegas market and will be closing its office here as of March 31, 2018.

I will continue my practice as I have for the last 30+ years in Las Vegas from our existing location, 10785 W. Twain Ave., Suite 200, Las Vegas, NV 89135, effective as of April 2, 2018. My new firm is Robert L. Bolick, Ltd.  Summer Owens will be joining me to continue to assist me and to serve you with your needs.

Our new phone number is 702-690-9090.  My new email address is rob@rlbolick.com. Summer's new email address is summer@rlbolick.com.

Your file has been or will be transferred from DJP to my new firm, Robert L. Bolick, Ltd., and I will be pleased to continue to represent you.  If you prefer to have your file transferred to another attorney, please let me know and we will assist you to make the necessary arrangements.

If you have not reviewed your estate planning or asset protection or other matters recently, I would be happy to meet with you for a complimentary consultation to review your current situation and to answer any questions which you may have.  If you would like to schedule a consultation, please call Summer or Wendy at 702-690-9090 and either would be happy to assist you.

If you have any other questions, please feel free to call or email me.

Very truly yours,

DURHAM JONES & PINEGAR, P.C.

Robert L. Bolick

RLB;so

SALT LAKE CITY | PROVO | OGDEN | ST. GEORGE | LAS VEGAS

LV_533172.1