GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
KRAVITZ, SCHNITZER, & JOHNSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 352-6666
Facsimile:   (702) 362-2203
Email: gschnitzer@ksjattorneys.com
         rgreen@ksjattorneys.com
*Attorneys for Plaintiff,*
*Trade Show Services, LTD.*
*d/b/a Pro-Tect Security*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRADE SHOW SERVICES, LTD., a Nevada Corporation, d/b/a PRO-TECT SECURITY SERVICES, <br><br> Plaintiff, <br> vs. <br><br> INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., an Arizona Corporation; INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., d/b/a SPECIAL INTELLIGENCE SERVICE, an Arizona Corporation; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-01685-JAD-NJK <br><br> **PLAINTIFF TRADE SHOW SERVICES, LTD DBA PRO-TECT SECURITY SERVICES' INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

COME NOW, Plaintiff TRADE SHOW SERVICES, LTD DBA PRO-TECT SECURITY SERVICES ("Pro-Tect"), by and through their attorneys of record, the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD, and hereby submit the following Index of Exhibits in Support of Plaintiff's Motion for Summary Judgment.

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit 1 | Non-Disclosure Agreement ("NDA") |
| Exhibit 2 | Email Correspondence re NDA |
| Exhibit 3 | Discussions Regarding the Subcontract Agreement |

1

| | |
|---|---|
| Exhibit 4 | Subcontract Agreement |
| Exhibit 5 | Daily Logs |
| Exhibit 6 | Invoices sent to Special Intelligence Services ("ISIS") |
| Exhibit 7 | Formal Demand Letters Regarding Payment |
| Exhibit 8 | ISIS's Response Regarding Demand Letters |
| Exhibit 9 | Luis Vega's Deposition Transcript |
| Exhibit 10 | Don Wright's Deposition Transcript |
| Exhibit 11 | Garylene Javier's Deposition Transcript |
| Exhibit 12 | ISIS's Responses to Pro-Tect's First and Second Set of Interrogatories |

Pursuant to Rule 10-3 of the Local Rules of Practice of the United States District Court for the District of Nevada, Pro-Tect has provided the Court with a courtesy copy of the Motion and Exhibits.

DATED this 18th day of June, 2019.

    KRAVITZ, SCHNITZER & JOHNSON, CHTD.

    BY:   /s/ L. Renee Green
    GARY E. SCHNITZER, ESQ.
    Nevada Bar No. 395
    L. RENEE GREEN, ESQ.
    Nevada Bar No. 12755
    8985 So. Eastern Avenue, Suite 200
    Las Vegas, Nevada 89123
    Telephone:  (702) 352-6666
    Facsimile:   (702) 362-2203
    Email: gschnitzer@ksjattorneys.com
           rgreen@ksjattorneys.com
    *Attorneys for Plaintiff,*
    *Trade Show Services, LTD.*
    *d/b/a Pro-Tect Security*

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666