# EXHIBIT "2"

EMAIL CORRESPONDENCE RE: NDA

# EXHIBIT "2"

## leslie

| | |
|---|---|
| **From:** | leslie |
| **Sent:** | Thursday, December 12, 2013 2:28 PM |
| **To:** | skoprince@petefishlaw.com |
| **Subject:** | Fwd: Pro-Tect Security NDA |
| **Attachments:** | Pro-Tect Security NDA.pdf |

Sent from my Sprint phone.

----- Forwarded message -----
From: "Garylene Javier" <gjavier@isishq.com>
To: "leslie" <leslie@pro-tectsecurity.com>
Cc: "Luis Vega" <LVega@isishq.com>
Subject: Pro-Tect Security NDA
Date: Thu, Dec 12, 2013 11:51 AM

Ms. Bruno:

Good morning. Please sign and return the attached Nondisclosure Agreement between ISIS and Pro-Tect Security. If you have any questions, you may contact me at any time.

Gage Javier

\*\*\*
**GARYLENE D. JAVIER**
(202) 204-3048
www.isishq.com

 Worldwide Security and Intelligence
A Small Business and ISO 9001:2008 Certified.

**NOTICE:** This communication, including attachments, may contain information that is confidential and protected by specific privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return email and promptly delete this email, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this email, including attachments, is prohibited and may unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any privilege.

1

PRO-TECT 000114

## leslie

**From:** leslie
**Sent:** Thursday, December 12, 2013 2:30 PM
**To:** Luis Vega
**Subject:** Re: Meet

Thank you, I received NDA and will return it to you once it's reviewed. Best Regards, Leslie

Sent from my Sprint phone.

----- Reply message -----
From: "Luis Vega" <LVega@isishq.com>
To: "leslie" <leslie@pro-tectsecurity.com>
Cc: "Garylene Javier" <gjavier@isishq.com>
Subject: Meet
Date: Thu, Dec 12, 2013 9:32 AM

Gage,

Can you please get an NDA out to Ms. Bruno when you have a moment.

V/R

Luis Vega
202.441.3029
lvega@isishq.com

From: leslie [mailto:leslie@pro-tectsecurity.com]
Sent: Wednesday, December 11, 2013 8:53 PM
To: Luis Vega
Subject: Re: Meet

Luis the pleasure was ours. We will speak with soon. Best regards, Leslie

Sent from my Sprint phone.

----- Reply message -----
From: "Luis Vega" <LVega@isishq.com>
To: "accountmgr" <accountmgr@pro-tectsecurity.com>, "leslie" <leslie@pro-tectsecurity.com>
Cc: "Matthew Parish" <mparish@isishq.com>
Subject: Meet
Date: Wed, Dec 11, 2013 12:05 PM

Gene – Leslie,

1

PRO-TECT 000115

I wanted to thank you both for coming in today. Was really great to meet you and I know that we have some immediate synergies.

1. School add-on with what ISIS has to offer for: (I have included our Program Manager)
   a. Security Efficiency Assessments and
   b. Active Shooter Training
2. Intel for Iraq to present to Congressman Mike Rogers; finally
3. DHS Project in El Paso

I have included a couple of reading material for you to talk about ISIS. Both for reading and dissemination to whom you deem necessary for. Look forward to our next meeting.


V/R

Luis Vega
Vice President
ISIS
1300 Pennsylvania Ave NW
Suite 700
Washington, DC 20004
lvega@isishq.com
www.isishq.com
202.441.3029 Cell
202.204.3048 Office

PRO-TECT  000116

**leslie**

| | |
|---|---|
| **From:** | leslie |
| **Sent:** | Tuesday, December 17, 2013 9:03 AM |
| **To:** | Robert Tomlinson |
| **Subject:** | RE: Pro-Tect Security NDA |

Can send email where it should go. Thx

**From:** Robert Tomlinson [mailto:robert@securatrac.com]
**Sent:** Tuesday, December 17, 2013 8:56 AM
**To:** leslie
**Subject:** RE: Pro-Tect Security NDA

This looks good to send out.

**From:** leslie [mailto:leslie@pro-tectsecurity.com]
**Sent:** Saturday, December 14, 2013 8:28 AM
**To:** Robert Tomlinson
**Subject:** Fwd: Pro-Tect Security NDA

Sent from my Sprint phone.

------ Forwarded message ------
From: "leslie" <leslie@pro-tectsecurity.com>
To: "robert@securatrac.com" <robert@securatrac.com>
Subject: Pro-Tect Security NDA
Date: Fri, Dec 13, 2013 3:28 PM

Sent from my Sprint phone.

------ Forwarded message ------
From: "Steven Koprince" <skoprince@petefishlaw.com>
To: "leslie" <leslie@pro-tectsecurity.com>
Subject: Pro-Tect Security NDA
Date: Fri, Dec 13, 2013 1:58 PM

Leslie,

Here is a redline with my suggested changes, which should be non-controversial.

Please let me know if you have any questions.

Regards,

1

PRO-TECT 000117

Steve

Steven J. Koprince
Partner
Petefish, Immel, Heeb & Hird LLP
842 Louisiana Street
Lawrence, KS 66044
Tel: 785-843-0450
Fax: 785-843-0407
petefishlaw.com
Blog: smallgovcon.com
Book: governmentcontractsbook.com

---

**From:** leslie [mailto:leslie@pro-tectsecurity.com]
**Sent:** Friday, December 13, 2013 2:30 PM
**To:** Steven Koprince
**Subject:** Re: Pro-Tect Security NDA

No it will need to be re created, sorry

Sent from my Sprint phone.

------ Reply message ------
From: "Steven Koprince" <skoprince@petefishlaw.com>
To: "leslie" <leslie@pro-tectsecurity.com>
Subject: Pro-Tect Security NDA
Date: Fri, Dec 13, 2013 12:24 PM

Leslie,

Ok. What is the status with LifeWatch? Can you get a document I can edit?

Steve

Steven J. Koprince
Partner
Petefish, Immel, Heeb & Hird LLP
842 Louisiana Street
Lawrence, KS 66044
Tel: 785-843-0450
Fax: 785-843-0407
petefishlaw.com
Blog: smallgovcon.com
Book: governmentcontractsbook.com

---

**From:** leslie [mailto:leslie@pro-tectsecurity.com]
**Sent:** Friday, December 13, 2013 2:17 PM
**To:** Steven Koprince
**Subject:** Re: Pro-Tect Security NDA

2

PRO-TECT 000118

Steve

Steven J. Koprince
Partner
Petefish, Immel, Heeb & Hird LLP
842 Louisiana Street
Lawrence, KS 66044
Tel: 785-843-0450
Fax: 785-843-0407
petefishlaw.com
Blog: smallgovcon.com
Book: governmentcontractsbook.com

---

**From:** leslie [mailto:leslie@pro-tectsecurity.com]
**Sent:** Thursday, December 12, 2013 4:28 PM
**To:** Steven Koprince
**Subject:** Fwd: Pro-Tect Security NDA

Sent from my Sprint phone.

------ Forwarded message ------
From: "Garylene Javier" <gjavier@isishq.com>
To: "leslie" <leslie@pro-tectsecurity.com>
Cc: "Luis Vega" <LVega@Isishq.com>
Subject: Pro-Tect Security NDA
Date: Thu, Dec 12, 2013 11:51 AM

Ms. Bruno:

Good morning. Please sign and return the attached Nondisclosure Agreement between ISIS and Pro-Tect
Security. If you have any questions, you may contact me at any time.

Gage Javier

***
GARYLENE D. JAVIER

(202) 204-3048

www.isishq.com


Worldwide Security and Intelligence
A Small Business and ISO 9001:2008 Certified

4

PRO-TECT 000120

**leslie**

| | |
|---|---|
| **From:** | leslie |
| **Sent:** | Thursday, December 19, 2013 11:46 AM |
| **To:** | Garylene Javier |
| **Subject:** | RE: Signed ISIS-Pro-tect Security NDA |
| **Attachments:** | doc20131219124646.pdf |

Attached is the signed copy of the Mutual NDA.  Thank You,

Leslie Bruno
Office: 702-735-0110
Cell:  702-460-4300

**From:** Garylene Javier [mailto:gjavier@isishq.com]
**Sent:** Thursday, December 19, 2013 10:42 AM
**To:** leslie
**Cc:** Luis Vega
**Subject:** ISIS-Pro-tect Security NDA

Ms. Bruno:

Good afternoon. Please sign and return the attached Nondisclosure Agreement between ISIS and Pro-Tect Security. As soon as I receive it, I will send back a fully executed copy.

Regards,
Gage Javier

***
**GARYLENE D. JAVIER**

(202) 204-3048 Phone
(202) 302-2292 Mobile

www.isishq.com



**NOTICE:** This communication, including attachments, may contain information that is confidential and protected by specific privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return email and promptly delete this email, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this email, including attachments, is prohibited and may unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any privilege.

1

PRO-TECT 000123

**leslie**

| | |
|---|---|
| **From:** | leslie |
| **Sent:** | Saturday, December 21, 2013 5:56 PM |
| **To:** | Garylene Javier |
| **Subject:** | Re: Signed ISIS-Pro-tect Security NDA |

Thank you and we look forward to working with you also. Happy Holidays!

Sent from my Sprint phone.

----- Reply message -----
From: "Garylene Javier" <gjavier@isishq.com>
To: "leslie" <leslie@pro-tectsecurity.com>
Cc: "Luis Vega" <LVega@isishq.com>
Subject: Signed ISIS-Pro-tect Security NDA
Date: Sat, Dec 21, 2013 12:32 PM

Ms. Bruno,

Please see the attached fully executed NDA. We look forward to working with you in the future.

Have a great weekend,
Gage Javier

**Garylene D. Javier**
Integrated Systems Improvement Services, Inc.
202-204-3048 (W)
202-302-2292 (C)

**From:** leslie [leslie@pro-tectsecurity.com]
**Sent:** Thursday, December 19, 2013 2:45 PM
**To:** Garylene Javier
**Subject:** RE: Signed ISIS-Pro-tect Security NDA

Attached is the signed copy of the Mutual NDA. Thank You,

Leslie Bruno
Office: 702-735-0110
Cell: 702-460-4300

From: Garylene Javier [mailto:gjavier@isishq.com]
Sent: Thursday, December 19, 2013 10:42 AM
To: leslie
Cc: Luis Vega
Subject: ISIS-Pro-tect Security NDA

Ms. Bruno:

1

PRO-TECT 000124

Good afternoon. Please sign and return the attached Nondisclosure Agreement between ISIS and Pro-Tect Security. As soon as I receive it, I will send back a fully executed copy.

Regards,
Gage Javier

\*\*\*
**GARYLENE D. JAVIER**

(202) 204-3048 Phone
(202) 302-2292 Mobile

www.isishq.com

 Worldwide Security and Intelligence

A Small Business and ISO 9001:2008 Certified

<u>NOTICE</u>: This communication, including attachments, may contain information that is confidential and protected by specific privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return email and promptly delete this email, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this email, including attachments, is prohibited and may unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any privilege.

2

PRO-TECT 000125