# EXHIBIT 76-1

# EXHIBIT 76-1

**From:** Luis Vega
**Sent:** Sunday, October 26, 2014 5:14 PM
**To:** Don Wright
**Subject:** Re: Vegas

Ok. I am ok with it. I understand they don't want to lose it either. I will tell him that you will be principle. They will be there to support you

V\R
Luis Vega
Lvega@isishq.com

Integrated Systems Improvement Services, Inc.
Providing
International Security  & Intelligence Services.

On Oct 26, 2014, at 5:11 PM, Don Wright <DWright@isishq.com> wrote:

> FYI?
>
> Sent from my iPhone
>
> Begin forwarded message:

SIS0065

**From:** Gene <Gene@pro-tectsecurity.com>
**Date:** October 26, 2014 at 9:55:56 AM MDT
**To:** Don Wright <DWright@isishq.com>
**Subject: Re: Vegas**

Ok we understand and are willing to supply five of our EP to work on the 29th since we promised them and have rearranged their schedules. We understand that the funding is not available yet. We're willing to support the project and move forward as planned.

Sent from my iPhone

On Oct 26, 2014, at 4:13 AM, Don Wright <DWright@isishq.com> wrote:

> Luis is correct in his assessment. I have over $300k into supporting this project already and I want to be sure that we and are team members are protected and get paid going forward. I will update as there financing is finalized.
>
> Don
>
> Sent from my iPhone
>
> On Oct 26, 2014, at 3:49 AM, Luis Vega <LVega@isishq.com> wrote:
>
>> Update of Vegas.
>>
>> This was the Projects Chairman final word as of late last night. Because their funding hasn't taken place, he  will be going with some friends to do the security have a few people there so that they aren't having to pay anyone for the event. No one on ISIS' staff will be attending other than Don as a board member. I am sorry that this has been the change because we have geared up on this as well, but I will not move forward and waste more money until the funding comes in. Gene you are more than welcome to accompany Don but I would not waste the resources until the funding comes in. Don will be arriving and not sure of his schedule but rest assure that you are with us on this project when it starts and no one else. Don will confirm that as well. They just don't have the money to move forward yet despite them telling us to proceed.
>>
>>
>> Don, do you have anything further?
>>
>> V/R

SIS0066

Luis Vega
202-441-3029 Mobile
202-204-3048 Office

lvega@isishq.com
www.isishq.com


Integrated Systems Improvement Services, Inc
Providing
International Security and Intelligence Services

---

**From:** Gene
**Sent:** Friday, October 24, 2014 10:36 PM
**To:** Luis Vega

Hey when are you coming into town. I need to
no hours for the 29th I have to get it scheduled
with my guys

Sent from my iPhone

On Oct 22, 2014, at 12:38 PM, Luis Vega
<LVega@isishq.com> wrote:

> No brother, I will be at SOCOM
> until they release me. Will advise
>
> V/R
>
> Luis Vega
> 202-441-3029 Mobile
> 202-204-3048 Office
>
> lvega@isishq.com
> www.isishq.com
>
>
> Integrated Systems Improvement
> Services, Inc
> Providing
> International Security and
> Intelligence Services
>
> ---
>
> **From:** Gene
> **Sent:** Wednesday, October 22,
> 2014 3:25 PM
> **To:** Luis Vega

SIS0067

What day are you coming to Vegas.
Do I need to pick you up at airport

Sent from my iPhone

On Oct 17, 2014, at 9:12 AM, Luis
Vega <LVega@isishq.com> wrote:

> BTW, just found out
> that EG personnel are
> looking at our
> proposal. It has 2 of
> the three or four
> approvals needed.
> Once that happens we
> are a go
>
> V/R
>
> Luis Vega
> 202-441-3029 Mobile
> 202-204-3048 Office
>
> lvega@isishq.com
> www.isishq.com
>
>
> Integrated Systems
> Improvement Services,
> Inc
> Providing
> International Security
> and Intelligence
> Services
>
> **From:** Gene
> **Sent:** Friday, October
> 17, 2014 10:07 AM
> **To:** Luis Vega
>
> Ok sounds good
>
> Sent from my iPhone
>
> On Oct 17, 2014, at
> 6:47 AM, Luis Vega
> <LVega@isishq.com>

SIS0068

wrote:

> That's
> why I
> need you
> to meet
> with Don
> next
> week. You
> can go to
> the site.
>
> V\R
> Luis Vega
> Lvega@isishq.com
>
> Integrated
> Systems
> Improvement
> Services,
> Inc.
> Providing
> International
> Security
>  &
> Intelligence
> Services.
>
> On Oct
> 17, 2014,
> at 5:46
> PM, Gene
> <Gene@pro-
> tectsecurity.com>
> wrote:
>
> > When
> > you
> > get
> > a
> > chance
> > please
> > give
> > me
> > a
> > call.
> > I

SIS0069

can
do
a
briefing
at
my
office
before
the
event
I
just
need
more
information
from
you
I
still
don't
have
any
idea
what
the
Address
of
the
site.
And
a
few
other
things

Sent
from
my
iPhone

On
Oct
16,
2014,
at
11:54
PM,

SIS0070

Luis
Vega
<LVega@isishq.com>
wrote:

Do
you
want
me
to
write
the
con
ops
or
do
you
have
one
for
event
security.

V/R

Luis
Vega

202-
441-
3029
Mobile

202-
204-
3048
Office

lvega@isishq.com

www.isishq.com

SIS0071

Integrated
Systems
Improvement
Services,
Inc

Providing

International
Security
and
Intelligence
Services

**From:** Gene

**Sent:** Friday,
October
17,
2014
1:24
AM

**To:** Luis
Vega

I
will
have
most
of
my
guys
are
armed
 so
that
won't
be
a
problem.
So
20
plus
your
3
guys

right

Sent from my iPhone

On Oct 16, 2014, at 8:37 PM, Luis Vega <LVega@isishq.com> wrote:

No I just asked. We are going direct so I will try and find out more soon.

BTW, Don will be there next week. When he

is
there,
I
will
have
you
meet
with
him
to
see
all.
It
is
confirmed
that
you
have
the
initial
Event
personnel.
We
need
to
have
radios
for
all
and
please
include
about
3
addtianal
for
my
guys.
All
suites
for
the
guys.
Cann
you
make
sure
that

SIS0074

a
few
of
the
guys
are
armed
that
will
be
on
the
inside
with
Don
,
Jackie
and
I.
Low
profile.
I
am
initially
thinking
about
20
guys,
most
on
perimeter
and
the
response
and
CP
on
the
inside
roving.
Thoughts?
We
als
need
to
make
sure
the

SIS0075

guys
are
somewhat
identifiable.
Do
you
have
suggestions?

V/R

Luis
Vega

202-
441-
3029
Mobile

202-
204-
3048
Office

lvega@isishq.com

www.isishq.com

Integrated
Systems
Improvement
Services,
Inc

Providing

International
Security
and
Intelligence
Services

SIS0076

**From:** Gene

**Sent:** Thursday, October 16, 2014 3:12 PM

**To:** Luis Vega

Hey any word on Africa?

Gene Tosti
**Director of New Business Development**

Pro-Tect Security Executive Protection Unit
Phone: 702-460-4302
Office - 702-735-0110
Fax: 702-735-7793

Email: accountmgr@pro-tectsecurity.com
www.pro-tectsecurity.com
www.pro-

tectglobal.com

<image001.jpg>

**LAS
VEGAS
BUSINESS
PRESS
2011**
#1
Family
Owned
Business
#1
Minority-
Owned
Business
#2
Security
Systems
Firms
#12
Largest
Employers
in
Nevada

The
information
contained
in
this
correspondence
and
in
the
attachments
is
confidential
and
intended
for
the
exclusive
use
of
the
individuals
named
above.
Unauthorized
reproduction

SIS0078

and
/
or
distribution
is
prohibited

**From:**
Luis
Vega
[mailto:LVega@isishq.com]

**Sent:**
Sunday,
October
12,
2014
2:17
PM

**To:**
Gene

**Subject:**
Re:
Vegas

Yes.
But
not
pulling
trigger
until
I
have
money.
So
stand
by.

V\R
Luis
Vega
Lvega@isishq.com

Integrated
Systems
Improvement
Services,
Inc.
Providing
International
Security
 &

SIS0079

Intelligence
Services.

On
Oct
12,
2014,
at
5:15
PM,
Gene
<Gene@pro-
tectsecurity.com>
wrote:

> Is
> ground
> breaking
> still
> oct
> 29

> Sent
> from
> my
> iPhone

> On
> Oct
> 12,
> 2014,
> at
> 2:14
> PM,
> Luis
> Vega
> <LVega@isishq.com>
> wrote:

>> Yes

>> V\R
>> Luis
>> Vega
>> Lvega@isishq.com

>> Integrated
>> Systems
>> Improvement
>> Services,
>> Inc.
>> Providing
>> International
>> Security
>>  &
>> Intelligence

SIS0080

Services.

On Oct 12, 2014, at 5:14 PM, Gene <[Gene@pro-tectsecurity.com](mailto:Gene@pro-tectsecurity.com)> wrote:

> Hey Luis it's staying in Vegas right
>
> Sent from my iPhone
>
> On Oct 12, 2014, at 1:55 PM, Luis Vega <[LVega@isishq.com](mailto:LVega@isishq.com)> wrote:
>
>> Hi Charles, I hope your weekend is going well. Just FYI, went to visit

SIS0081

MSG this past week for comparison to what we are looking at to propose for our venture in Vegas.

Steve and I both agree that the different types of cameras that will go into the certain areas is key to getting full coverage. The most expensive camera,

Avigilon, shows a completely different picture into showing us, and ultimately law enforcement, what they need should an incident arise. However, where there is doubt, we will have both different types of cameras. As soon as we get closer to breaking ground and determining that it is the

SIS0083

right
time
to
bring
together
the
entire
team,
to
start
their
plan
and
present
to
the
board
what
is
recommended,
I
will
send
meeting
notes
and
bring
those
parties
together.

We
are
still
on
track
for
the
ground
breaking
ceremony,
however
I
believe
the
venue
has
changed

SIS0084

because
of
the
amount
of
people
and
control
the
security
will
have
to
accommodate.
Again
as
soon
as
I
have
that
information
I
will
also
advise
so
that
the
proper
personnel
are
in
place.
On
Don's
recent
visit,
the
venue
was
talked
about
bringing
everyone
to
the
actual

SIS0085

site
for
the
ground
breaking.
The
team
meeting
bring
the
architect
together
with
the
construction
and
operational
team
is
key
for
me
to
getting
a
presentation
second
to
none
for
Don,
as
the
Security
and
Board
Director,
but
also
Jackie,
who
is
our
ultimate "Client"
in
the
venture.

SIS0086

The
trip
to
the
City
was
the
very
thing
we
needed
to
either
confirm
what
our
idea
was
on
the
security
package
needed,
but
it
also
showed
me
some
great
suggestions
to
use
for
customer
services
that
will
set
us
apart
from
everyone
else
in
Vegas.

Once

again,
this
email
is
just
to
bring
you
and
those
on
the
copy
line
up
to
date
with
the
progress,
but
also
let
everyone
know
that
the
time
is
near.

Jack
and
Brian,
thank
you
very
much
you
were
both
gracious
hosts
and
Steve
I
think
you

SIS0088

and
I
are
on
the
right
track
for
a
great
future
my
friend.

See
you
all
soon!!

V/R


Luis
Vega

202-
441-
3029
Mobile

202-
204-
3048
Office


lvega@isishq.com

www.isishq.com


Integrated
Systems
Improvement
Services,

Inc

Providing

International
Security
and
Intelligence
Services

SIS0090