# EXHIBIT 76-2

# EXHIBIT 76-2

# leslie

**From:** leslie
**Sent:** Tuesday, June 09, 2015 3:59 AM
**To:** Luis Vega
**Subject:** Re: Updated Hours

Sounds good!

Sent from my iPhone

On Jun 9, 2015, at 3:57 AM, Luis Vega <LVega@isishq.com> wrote:

> We will work it out. But any adjustments have to make sure we approve next time. Until we get up and running I don't mind breaking even but I don't want to be in the hole with them. We have given enough before even starting. Let's talk Thursday we will work it out.
>
> V/R
>
> Luis Vega
> 202.441.3029 Mobile
> 202.204.3048 Office
> Lvega@isishq.com
> www.isishq.com
>
> On Jun 9, 2015, at 03:51, leslie <leslie@pro-tectsecurity.com> wrote:
>
>> They added uniform security
>> 24/7 plus vehicle to watch niece and house as well as 2 EP one Maria & one for Jackie approximately 12-13 hrs a day. Do you want me adjust hours. I will work with you on the estimated bill. Let's try to chat in a bit.
>> Sent from my iPhone
>>
>> On Jun 9, 2015, at 2:54 AM, Luis Vega <LVega@isishq.com> wrote:
>>
>>> That's a lot more than I anticipated. We need to make sure that they aren't calling the shots on security. I will let them know when I see them.
>>>
>>> How many people do we have on the detail?
>>>
>>> V/R
>>>
>>> Luis Vega
>>> 202.441.3029 Mobile
>>> 202.204.3048 Office
>>> Lvega@isishq.com
>>> www.isishq.com

1

PRO-TECT 000188

On Jun 8, 2015, at 16:41, leslie <leslie@pro-tectsecurity.com> wrote:

Hi Luis,

Attached are the 277 Hours of service provided to Jackie and the family. Please review and feel free to call me with any questions or concerns.

Warmest Regards,

Leslie Bruno
**Pro-Tect Security**
3511 S. Eastern Ave.
Las Vegas, NV 89169
Phone: 702-735-0110 Cell: 702-460-4300
Fax: 702-735-7793
Email: leslie@pro-tectsecurity.com

<doc20150608164851.pdf>

2

PRO-TECT 000189