# EXHIBIT 76-3

**EXHIBIT 76-3**

## leslie

**From:** leslie
**Sent:** Friday, July 03, 2015 12:19 PM
**To:** dwright@isishq.com
**Subject:** Updated billing for services
**Attachments:** doc20150703121857.pdf


Hi Don & Luis,

Before much more time passes I wanted to get you and updated billing for security services for JR residence and construction site as of June 30th. Hopefully Don's trip today is a success for funding and we can celebrate the next time you're out here!

Best Regards and Have a safe fourth of July,

Leslie Bruno
**Pro-Tect Security**
3511 S. Eastern Ave.
Las Vegas, NV 89169
Phone: 702-735-0110 Cell: 702-460-4300
Fax: 702-735-7793
Email: leslie@pro-tectsecurity.com

1