# EXHIBIT 76-6

# EXHIBIT 76-6

## leslie

**From:** Don Wright <DWright@isishq.com>
**Sent:** Wednesday, July 08, 2015 9:24 AM
**To:** leslie
**Subject:** RE: Signed Contract

Leslie,

Arriving back in Las Vegas about Midnight tonight and will be with Jackie and Investors starting at 8:00 AM on Thursday. Will let you know when I have updates.

Best,
Don

**From:** leslie [mailto:leslie@pro-tectsecurity.com]
**Sent:** Wednesday, July 08, 2015 9:15 AM
**To:** Garylene Javier; Don Wright; Luis Vega
**Subject:** Signed Contract

Yipee-here is the contract, please forward executed copy to my attention.

Thank you.

Leslie Bruno
**Pro-Tect Security**
3511 S. Eastern Ave.
Las Vegas, NV 89169
Phone: 702-735-0110 Cell: 702-460-4300
Fax: 702-735-7793
Email: leslie@pro-tectsecurity.com

1