# EXHIBIT 76-7

# EXHIBIT 76-7

**leslie**

| | |
|---|---|
| **From:** | leslie |
| **Sent:** | Friday, June 05, 2015 7:00 AM |
| **To:** | Luis Vega |
| **Subject:** | Re: Robinson Security Detail |

Luis can we catch up today for a quick chat?

Sent from my iPhone

> On Jun 5, 2015, at 6:53 AM, Luis Vega <LVega@isishq.com> wrote:
>
> Roger on all, should be there next week some time and we can catch up
> then
>
>
>
>
> Luis Vega | Executive Vice President
> SPECIAL INTELLIGENCE SERVICE
> lvega@isishq.com
> P: 202.204.3048  C: 202.441.3029
> 1300 Pennsylvania Ave. NW, Suite 700 | Washington, DC 20004
> www.isishq.com
>
> _____
> From: Tim Koonce [chiefkoonce121@yahoo.com]
> Sent: Friday, June 05, 2015 12:56 AM
> To: Don Wright; Luis Vega; Monique Washington; leslie
> Subject: Robinson Security Detail
>
> Robinson Security Detail
>
> 04 June 2015
>
> Daily Events
>
> 0700- On Property
> 0745- Leave residence to go to the gym
> 0753- Arrived at the gym
> 0918- Leaving the gym
> 0923- Arrived at Smith's grocery store
> 0950- Leaving Smith's
> 0957- Back at residence
> 1107-Travel from residence to meeting with Mr. Robinson
> 1120- At Mr. Robinson's office, Summerlin
> 1531- Done with meeting heading back to residence
> 1542- Back at residence
> 1740- Left residence to travel to kids practice

1

PRO-TECT 000180

> 1749- Arrived Durango High
> 2009- Leaving Durango High, John took Mr. Robinson back to the
> residence. I went with Mrs. Robinson and kids to get dinner
> 2027- Arrived at Pieology with Mrs. Robinson and her children
> (Summerlin)
> 2107- Leaving Pieology heading back to the residence
> 2119 back on property
> 2130- EOW
>
>
> Disposition:
>
> Today was without incident. No sign of Collins. 24 hour perimeter patrol still in place. Due to principals busy schedule,
TPO still in process.
>
> Tim Koonce
> 702-218-5972
>
>
> Sent from my iPhone

2

**leslie**

| | |
|---|---|
| **From:** | leslie |
| **Sent:** | Friday, June 05, 2015 7:47 AM |
| **To:** | Don Wright |
| **Subject:** | Re: Security Detail |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thank you

Sent from my iPhone

On Jun 5, 2015, at 7:44 AM, Don Wright <DWright@isishq.com> wrote:

> Thank you
>
> **From:** John Puebla [mailto:clearandvalid50@yahoo.com]
> **Sent:** Friday, June 05, 2015 7:32 AM
> **To:** leslie@pro-tectsecurity.com; Don Wright; Luis Vega
> **Subject:** Security Detail
>
> 0730 on duty at Roberson's residence. Stayed at the house with Mrs Roberson and two kids until we left for sons training.
>
> 1740 left the house headed to the school for training, arrived at 1749
>
> 2009 hours left the school and I took
> Jackie back home while my partner Tim went with Mrs Roberson and kids out to dinner.
>
> 2030 off duty
>
> No unusual activity to report
>
> John Puebla
>
> Sent from my iPhone

1

PRO-TECT 000182

**acctmgr**

| | |
|---|---|
| **From:** | acctmgr |
| **Sent:** | Wednesday, June 21, 2017 11:47 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Detail: Robinson Family Security |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 21, 2017 at 11:18:57 AM PDT
> **To:** acctmgr <acctmgr@pro-tectsecurity.com>
> **Subject: Fwd: Detail: Robinson Family Security**

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 2, 2015 at 8:15:49 PM PDT
> **To:** leslie@pro-tectsecurity.com
> **Subject: Fwd: Detail: Robinson Family Security**

Sent from my iPhone

Begin forwarded message:

> **From:** Tim Koonce <chiefkoonce121@yahoo.com>
> **Date:** June 2, 2015 at 8:09:09 PM PDT
> **To:** Don Wright <dwright@isishq.com>, Luis Vega
> <LVega@isishq.com>, "clearandvalid50@yahoo.com"
> <clearandvalid50@yahoo.com>
> **Subject: Detail: Robinson Family Security**

Detail: Robinson Family Security

Date: 02 June 2015

Daily Events:

0715- On location
0801- At the Sumerlin Fitnes Center with Mrs. Robinson and kids.

1

0950- Leaving the gym
1015- Back at residence
1453- Went to smog veh with Mr. Robinson
1530- Back on property
1745- Went with family to Durango high to meet with kid's coach
for training.
1923- Leaving Durango High
1940- Back at he residence.
2000 EOW

Disposition:

Today was smooth without incident. Collins continues to send
disrespectful texts messages to Mrs. Robinson. Tomorrow we will
travel to the Clark County Family Court to secure a temporary
protection order. Uniform officers and a marked vehicle positioned
in front of the residence to secure the outer perimeter.

Tim Koonce
John Puebla

Sent from my iPhone

2

PRO-TECT  000276

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:19 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Detail: Robinson Family Security |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 2, 2015 at 8:15:49 PM PDT
> **To:** leslie@pro-tectsecurity.com
> **Subject: Fwd: Detail: Robinson Family Security**

Sent from my iPhone

Begin forwarded message:

> **From:** Tim Koonce <chiefkoonce121@yahoo.com>
> **Date:** June 2, 2015 at 8:09:09 PM PDT
> **To:** Don Wright <dwright@isishq.com>, Luis Vega <LVega@isishq.com>,
> "clearandvalid50@yahoo.com" <clearandvalid50@yahoo.com>
> **Subject: Detail: Robinson Family Security**

Detail: Robinson Family Security

Date: 02 June 2015

Daily Events:

0715- On location
0801- At the Sumerlin Fitnes Center with Mrs. Robinson and kids.
0950- Leaving the gym
1015- Back at residence
1453- Went to smog veh with Mr. Robinson
1530- Back on property
1745- Went with family to Durango high to meet with kid's coach for training.
1923- Leaving Durango High
1940- Back at he residence.
2000 EOW

Disposition:

Today was smooth without incident. Collins continues to send disrespectful texts

1

PRO-TECT 000297

messages to Mrs. Robinson. Tomorrow we will travel to the Clark County Family
Court to secure a temporary protection order. Uniform officers and a marked
vehicle positioned in front of the residence to secure the outer perimeter.

Tim Koonce
John Puebla

Sent from my iPhone

2

PRO-TECT  000298

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:19 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Roberson's security detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 3, 2015 at 8:18:23 PM PDT
> **To:** "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>, Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>
> **Subject: Roberson's security detail**
>
> 0900 on duty
>
> 0930 left the residence and headed to barns and nobles.
>
> 0940 arrived at B&N
>
> 1025 left B&N and went across the street to the car wash and to Mimi's restaurant until car was done.
>
> 1110 headed to Summerlin mall
>
> 1400 headed back to Roberson's residents.
>
> 1415 arrived at the house.
>
> 1830 went to the park to train, arrived back at the residents at 1945
>
> 2000 off duty
>
> John Puebla
>
>
> Sent from my iPhone

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:18 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Security Detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 5, 2015 at 7:32:12 AM PDT
> **To:** leslie@pro-tectsecurity.com, Don Wright <dwright@isishq.com>, Luis Vega <lvega@isishq.com>
> **Subject: Security Detail**
>
> 0730 on duty at Roberson's residence. Stayed at the house with Mrs Roberson and two kids until we left for sons training.
>
> 1740 left the house headed to the school for training, arrived at 1749
>
> 2009 hours left the school and I took
> Jackie back home while my partner Tim went with Mrs Roberson and kids out to dinner.
>
> 2030 off duty
>
> No unusual activity to report
>
> John Puebla
>
> Sent from my iPhone

1

PRO-TECT 000300

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:18 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Roberson detail |

Sent from my iPhone

Begin forwarded message:

**From:** John Puebla <clearandvalid50@yahoo.com>
**Date:** June 6, 2015 at 12:53:50 AM PDT
**To:** leslie@pro-tectsecurity.com, Luis Vega <lvega@isishq.com>, Don Wright
<dwright@isishq.com>
**Subject: Roberson detail**

0830 on duty

0900 left the residence with Mr Roberson and went to a meeting at the office. Arrived at 0915

1230 left office and headed back to the residence. Arrived at 1240

1330 left residence with Mrs Roberson and the kids to run errands. Arrived back at the residence at 1630.

Off duty at 1800.

EP Agent Jose Gutierrez stayed at the house most of the day. When I left Gutierrez went with the Roberson family to the movie theater. Gutierrez was off duty at 2130 hrs. No unusual activity to report.

John Puebla
2093037601

Sent from my iPhone

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:18 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Roberson Detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 9, 2015 at 10:01:56 PM PDT
> **To:** leslie@pro-tectsecurity.com, Don Wright <dwright@isishq.com>, Luis Vega <lvega@isishq.com>
> **Subject: Roberson Detail**
>
> 1130 On duty at Roberson residence.
>
> 1210 left the house with Mrs. Roberson and the kids to run errands.
>
> 1630 Arrived back to the residence.
>
> 1750 left residence with entire family and headed to sons training. Arrived at 1800hrs
>
> Left training at 2000hrs and arrived at Roberson residence at 2015hrs
>
> 2017 off duty
>
> Note: EP Agents had a slow quit weekend and had nothing to report,
> All secured.
>
> John Puebla
>
>
> Sent from my iPhone

1

PRO-TECT 000302

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:18 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Roberson Detail |

Sent from my iPhone

Begin forwarded message:

**From:** John Puebla <clearandvalid50@yahoo.com>
**Date:** June 10, 2015 at 10:30:44 PM PDT
**To:** leslie@pro-tectsecurity.com, Don Wright <dwright@isishq.com>, Luis Vega <lvega@isishq.com>
**Subject: Roberson Detail**

0730hrs on duty

0840hrs left residence with Mrs Roberson and kids To run errands. Returned back at 1600hrs

1752hrs entire family and EP left for sons practice. Arrived at 1818hrs at Sierra vista school.

2004hrs left training from school and heeded back to residence. Arrived at 2015hrs.

2017hrs off duty

John Puebla

Sent from my iPhone

1

PRO-TECT 000303

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:18 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Roberson detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 12, 2015 at 1:53:41 AM PDT
> **To:** leslie@pro-tectsecurity.com, Don Wright <dwright@isishq.com>, Luis Vega <lvega@isishq.com>
> **Subject: Roberson detail**
>
> 0800 on duty
>
> 0950hrs left the house to run errands with Mrs. Roberson and kids. Returned back at 1500hrs
>
> 1800hrs left the residence with the entire family and went to sons training. Arrived at 1822
>
> Left training at 2000hrs and arrived at residence at 2017hrs.
>
> Left residence at hrs 2053 for dinner meeting with the family and arrived at Fliming's restaurant at 2059hrs.
>
> Left restaurant at 2243hrs and arrived at residence at 2250.
>
> 2300hrs off duty
>
> No unusual activity to report.
>
> John Puebla
>
> Sent from my iPhone

PRO-TECT  000304

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:17 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Roberson detail |

Sent from my iPhone

Begin forwarded message:

**From:** John Puebla <clearandvalid50@yahoo.com>
**Date:** June 13, 2015 at 4:51:12 AM PDT
**To:** leslie@pro-tectsecurity.com, Don Wright <dwright@isishq.com>, Luis Vega <lvega@isishq.com>
**Subject: Roberson detail**

June 12 2015 0900hrs on duty at the Roberson residence.

1300hrs relieved by EP Agent Mike Price.

John Puebla

No problems to report. EP Agents Price and Gutierrez will take care of the weekend. The Roberson family has their kids track meet Saturday and Sunday. The two EP agents will Not be armed while on site at the school. Here's Prices run down for his shift.

12 June 2015

1300 Mike begins shift

1345 Depart with Mr. R for the Summerlin office

1545 Return to Glen brook

1600 Depart with Mr. R to Cimarron High School

1630 Depart Cimarron High School Enroute to Glenn Brook

1650 Arrive at Glenn Brook

2100 Shift Complete. Mike and Jose Depart

Mike Price

1

PRO-TECT 000305

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:17 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Roberson Details for the weekend |

Sent from my iPhone

Begin forwarded message:

**From:** John Puebla <clearandvalid50@yahoo.com>
**Date:** June 15, 2015 at 1:39:32 AM PDT
**To:** "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>, Don Wright <dwright@isishq.com>, Luis Vega <lvega@isishq.com>
**Subject: Roberson Details for the weekend**

13 June 2015
0630 Mike and Jose started shift at Glenbrook
0745 Depart for Cimarron High School (CHS) with entire family
0800 Arrive at CHS
1335 Depart CHS for Glenbrook
1350 Arrive at Glenbrook
2000 Depart for Red Rock Theater with Breanna, JJ and Jacklyn
2330 Jose and Mike depart


14 June 2015
0730 Mike and Jose begin shift at Glenbrook
0745 Depart for Cimarron High School (CHS) with all family members
0805 Arrive at CHS
1250 Departed CHS for Glen Brook
1315 Arrived at Glen Brook
- Upon return the Guard in the vehicle said he saw a suspicious vehicle at approximately 0800.
- Make: Chevy; Model: Tahoe;
Color: Black; Style: 2 Door SUV; Plate: Nevada, 672XPM
1700 Mike and Jose end shift

John Puebla

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:16 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Roberson detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 16, 2015 at 11:44:57 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Roberson detail**
>
> 0700hrs On Duty
>
> 0750hrs left residence with Mrs. Roberson to the gym.
>
> 0915hrs returned back to residence.
>
> 1000hrs left to run errands with Mrs. Roberson and kids.
>
> 1350hrs returned to residence
>
> 1735hrs left residence and headed to school for training. Arrived at 1754hrs
>
> Left school at 1958hrs, arrived at residence at 2014hrs.
>
> Stayed at the house with the kids while Mr and Mrs. Roberson ran an errand, Tim went with them.
>
> 0900hrs off
>
> John Puebla

1

PRO-TECT 000307

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:16 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Roberson detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 17, 2015 at 8:44:40 AM PDT
> **To:** Luis Vega <LVega@isishq.com>
> **Subject: Re: Roberson detail**
>
> Good morning Luis
>
> Mrs. Robinson had the other two guys go off duty at 1600hrs on Monday. She said they weren't doing anything for the remainder of the day. That was the only time she had did that.
> She also mentioned to me of possibly only using the outside uniform officer for only graveyard while us EP agents are not on duty. Possibly an 8pm-8am shift. I told her to run it by Mr. Robinson and you guys and I'll make the adjustments.
>
> John Puebla
>
> On Jun 17, 2015, at 5:35 AM, Luis Vega <LVega@isishq.com> wrote:
>
>> John has Mrs. Robinson been asking to cut detail short or depart earlier than usual.
>>
>> Great reports thank you.
>>
>> V/R
>>
>> Luis Vega
>> 202.441.3029 Mobile
>> 202.204.3048 Office
>> Lvega@isishq.com
>> www.isishq.com
>>
>>
>> On Jun 17, 2015, at 02:45, John Puebla <clearandvalid50@yahoo.com> wrote:
>>
>>> 0700hrs On Duty
>>>
>>> 0750hrs left residence with Mrs. Roberson to the gym.

1

PRO-TECT 000308

0915hrs returned back to residence.

1000hrs left to run errands with Mrs. Roberson and kids.

1350hrs returned to residence

1735hrs left residence and headed to school for training. Arrived at 1754hrs

Left school at 1958hrs, arrived at residence at 2014hrs.

Stayed at the house with the kids while Mr and Mrs. Roberson ran an errand, Tim went with them.

0900hrs off

John Puebla

2

PRO-TECT  000309

**acctmgr**

---

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:15 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 18, 2015 at 12:47:07 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson details**
>
> 0800hrs on duty
>
> 0910hrs left house to run errands with Mrs. Robinson.
>
> 1500hrs returned back to the house.
>
> Stayed at the house with Mrs. Robinson while everyone else went to sons training. No problems to report all day.
>
> 2000hrs off duty

1

PRO-TECT 000310

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:09 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 23, 2015 at 3:56:27 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>
> **Subject: Robinson details**
>
> 1000hrs EP Agent Mike Price arrived at the Robinson residence to wait for the family to return. Family arrived at 1240hrs.
>
> 1330hrs Price off duty.
>
> Robinson family said they weren't going anywhere and didn't need protection for the rest of the day.
>
> John Puebla

1

PRO-TECT  000311

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:09 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 26, 2015 at 3:59:22 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>
> **Subject: Robinson details**
>
> -0700 EP Agent Puebla and Onuchukwu on duty
>
> -0740 left residence with Mrs. Robinson and went to the gym
>
> -0916 left gym and went back home
>
> -0925 arrived at home
>
> 1143 left home went to bed bath & beyond and Lowes, arrived there at 1156
>
> -1225 left that area and went back home, arrived at home 1243
>
> 1600 EP Puebla off duty, EP Onuchukwu continued shift.
>
> -1653 left home and went to Mrs Robinsons mothers home, arrived at 1706.
>
> -1921 leaving that area went to down town Summerlin , arrived at 1945
>
> -2004 left that area and went back home, arrived at 2014
>
> 2100 off duty
>
> John Puebla/William Onuchukwu

1

PRO-TECT  000312

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:09 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson details |

Sent from my iPhone

Begin forwarded message:

**From:** John Puebla <clearandvalid50@yahoo.com>
**Date:** June 27, 2015 at 2:16:15 PM PDT
**To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>
**Subject: Robinson details**

1000hrs EP Agent Puebla on duty

1045 Mrs. Robinson and the kids and I left to the water park.

1500hrs returned back to the residence.

1800hrs off duty

J Puebla


- 1500 EP Agent Onuchukwu on duty
- 1616 on site relieved Officer Tim
- 1630 went back to residence
- 1705 at residence
- 1820 left residence and went to the theatre for a movie with the principals and their son+friend
- arrived at the theatre at 1827
2047 left theatre and went to lazy dog (restaurant), arrived at 2057
- 2219 leaving place and went residence, arrived at 2235

2230 off duty

William Onuchukwu

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:08 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 27, 2015 at 11:30:21 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>
> **Subject: Robinson details**
>
> 06/27/15
> -1230 EP Agent Onuchukwu on duty
> -family members invited
> -1748 still at home
> -1925 left home , arrived at #9681 Rolling Thunder at 1945
> -1954 left place with the daughter and her friend, back home at 2012
> -2250 still at home
> 2330 off duty

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:08 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 29, 2015 at 12:50:06 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson details**
>
> June 28, 2015, Officer William Onuchukwu
>
> -1225 on duty at home in Summerlin
> -1333 left home with Mrs Robinson daughter+friend and niece, went to summerlin malls
> -Arrived 1343 at summerlin malls, went home 1630
> -1643 arrived home
> -2000 off duty

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:08 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** June 30, 2015 at 12:22:19 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson details**
>
> June 29, 2015, Officer William Onuchukwu / Jose Gutierrez
> -0700 on duty at home in Summerlin
> -0935 left home with Mr Robinson
> arrived at 09:55 on the construction side.
> -1030 left construction and went to the office "Cunningham Group" which is located at "10100 W Charleston BLVD for a meeting
> -1056 arrived at the office
> -1145 standby at the office , left office
> 1235 and went to the office in summerlin
> -arrived 1245 at that location
> -1537 left office headed home
> -arrived home at 1549
> -1700 still at home , standby
> -1800 Mr & Mrs Robinson are not leaving the house for the rest of the day,
> -off duty 1800

PRO-TECT 000316

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:08 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** July 1, 2015 at 8:56:44 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson details**
>
> July 1, 2015, Officer William Onuchukwu
>
> -0700 on duty
> -0810 left home in route to the gym
> -0824 arrived at the gym
> -0919 left gym and went home
> -09:30 arrived home
> -1300 Left home in route to Enterprise rent a car to pick up a rental car
> -arrived at 1325
> -left area at 1334 in route back home
> -1345 arrived at home and switched cars
> -1348 left home with the rental car (Mrs Robinson,Jaquelin,JayJay,Daughter from Israel + friend went to the Summerlin malls
> -arrived at 1403
> -left 1533 in route to Summerlin home
> -1554 arrived at home
> -1905 still standby at home
> -1920 off duty

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:06 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** July 8, 2015 at 1:00:51 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson's details**
>
> July 7, 2015, Officer William Onuchukwu 0700 on duty
>
> -0730 left home with Briana (Niece) in route to her work in Henderson.
> -0805 arrived in Henderson
> -0805 in route back home
> -0836 arrived at home
> -1005 left home in route to the office
> -1018 arrived at Cuningham Group
> -1330 left office
> -1345 arrived at home
> -1346 left home in route to Enterprise Rent a Car to pick up a car
> -1357 arrived at the car dealer
> -1418 left enterprise rent a car in route to home
> -1436 arrived at home
> -1752 left home in route to Jay Jays basketball training
> -1810 arrived at the basketball training
> -2005 left training in route back home
> -2030 arrived at home
> -2100 off duty

1

PRO-TECT 000318

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:06 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** July 8, 2015 at 4:24:20 PM PDT
> **To:** Don Wright <DWright@isishq.com>
> **Subject: Re: Robinson's details**
>
> Sounds good.
> Have a safe flight.
>
> J. Puebla
>
>
> > On Jul 8, 2015, at 9:25 AM, Don Wright <DWright@isishq.com> wrote:
> >
> > John,
> >
> > I will arrive back in Las Vegas around Midnight tonight and be with Jackie and
> > Investors tomorrow. See you then.
> >
> > Don
> >
> > -----Original Message-----
> > From: John Puebla [mailto:clearandvalid50@yahoo.com]
> > Sent: Wednesday, July 08, 2015 1:01 AM
> > To: Luis Vega; Don Wright; leslie@pro-tectsecurity.com
> > Subject: Robinson's details
> >
> > July 7, 2015, Officer William Onuchukwu 0700 on duty
> >
> > -0730 left home with Briana (Niece) in route to her work in Henderson.
> > -0805 arrived in Henderson

1

PRO-TECT 000319

-0805 in route back home

-0836 arrived at home

-1005 left home in route to the office

-1018 arrived at Cuningham Group

-1330 left office

-1345 arrived at home

-1346 left home in route to Enterprise Rent a Car to pick up a car

-1357 arrived at the car dealer

-1418 left enterprise rent a car in route to home

-1436 arrived at home

-1752 left home in route to Jay Jays basketball training

-1810 arrived at the basketball training

-2005 left training in route back home

-2030 arrived at home

-2100 off duty

PRO-TECT  000320

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:05 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** July 9, 2015 at 10:58:32 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson details**
>
> July 8, 2015, Officer William Onuchukwu
> -0930 on duty at home in Summerlin
> -we recognized that Mrs Robinson already went to the gym which was confirmed by the security guard in front of the house.
> -1418 left home with Mr Robinson and his daughter Estha + her friend Helena in route to the Cuningham Office
> -1426 arrived at Cuningham Group
> -1507 left office in route to the construction site
> -1545 arrived at the site
> -1720 left site in route to 2709 S Grafton CT to pick up some documents
> -1800 arrived at this location
> -1803 left place in route to home
> -1811 arrived at home
> -1823 left home with Mr Robinson in route to a meeting with Commissioner Weekley
> -1835 arrived at "honey Salat" to meet the Commissioner
> -2010 left the place and back home
> -2025 arrived at home
> -2030 off duty

1

PRO-TECT 000321

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:05 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson details |

Sent from my iPhone

Begin forwarded message:

**From:** John Puebla <clearandvalid50@yahoo.com>
**Date:** July 9, 2015 at 10:57:20 AM PDT
**To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>
**Subject: Robinson details**

July 8th 2015

1500 Officer Puebla on duty. Relieved Officer Gutierrez.
1745 left residence with Mrs. Robinson.
1945 returned back to the residence.
2000 off duty

1

PRO-TECT 000322

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:05 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** July 9, 2015 at 9:26:11 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson detail**
>
> July 9, 2015, Officer William Onuchukwu
> -0900 on duty at home in Summerlin
> -0950 left home with Mr Robinson in route to the construction site
> -1012 arrived at the site
> -1320 left site in route to the office in Summerlin
> -1352 arrived at the office
> -1703 left office in route to the Summerlin house
> -1720 arrived at home
> -1815 left home in route to basketball training
> -1835 arrived at the Calvary Chapel Christian School
> -2000 left School in route back home
> -2025 arrived at home
> -2030 off duty

1

PRO-TECT 000323

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:05 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** July 11, 2015 at 12:46:49 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson's details**
>
> July 10, 2015 Officer William Onuchukwu
> -1000 on duty at home in Summerlin
> -1215 off duty and relieved by officer Gutierrez.
>
> The Robinson's only wanted one officer today. They said Maria wasn't going anywhere.

1

PRO-TECT  000324

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:05 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** July 14, 2015 at 9:51:33 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>
> **Subject: Robinson details**
>
> July 13, 2015, Officer William Onuchukwu
> -0930 on duty at home in Summerlin
> -1048 left home in route to Cuningham Group
> -1100 arrived at the office Cuningham
> -1259 left office in route to Shell
> -1305 arrived at Shell for a car wash
> -1340 left Shell in route back home to pick up some documents
> -1344 arrived at home
> -1351 left home in route to the office in Summerlin
> -1410 arrived at the office
> -1530 left office in route to New York New York to pick up a business partner
> -1610 arrived at New York New York and picked up the business partner
> -1610 in route to the Las Vegas Country Club for a meeting
> -1634 arrived at the Country Club
> -1810 left the Country Club in route back to the Summerlin home
> -1845 arrived at home
> -1900 off duty
>
> Notes: on Saturday 07/11/15 I arrived at the residence and Jackie and Maria stated they will not be needing anyone for the day, so I went off duty.
> Maria said she'll text me later on to see if they will need anyone for Sunday. The next day I texted Maria because I haven't received anything from Her yet, and she said they're staying home and will not need anyone that day as well. The Robinson family was not covered for those two days per Jackie and Maria Robinson.
>
> John Puebla

1

PRO-TECT 000325

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:04 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** July 16, 2015 at 8:57:53 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson's details**
>
> July 15, 2015, Officer William Onuchukwu
> -0930 on duty at home in Summerlin
> -1056 left home in route to Natural nails in Summerlin
> -1108 arrived at the nails place
> -1212 left the area, back in route to the Summerlin home
> -1229 arrived at home
> -1327 left home in route to bakery
> -1334 arrived
> -1350 left bakery in route to another store
> -1405 arrived at store
> -1415 left store, back to the bakery
> -1420 arrived at the bakery
> -1440 left bakery, back in route to the Summerlin home
> -1448 arrived at home
> -1710 left home in route to the wedding chapel
> -1739 arrived at the chapel
> -1845 left chapel in route to the restaurant
> -1905 arrived at the restaurant brio
> -2115 left restaurant in route to the Summerlin home
> -2149 arrived at home
> -2200 off duty

1

PRO-TECT 000326

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:03 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson details |

Sent from my iPhone

Begin forwarded message:

**From:** John Puebla <clearandvalid50@yahoo.com>
**Date:** July 21, 2015 at 4:08:13 PM PDT
**To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
**Subject: Robinson details**

July 20, 2015, Officer William Onuchukwu
-0645 on duty at home in Summerlin
-0734 left home en route to school for Jaquelines volleyball training.
-0751 arrived at school
-0806 left school en route to the gym (life time fitness) in Summerlin
-0825 arrived at the gym
-0911 left gym en route to Albertson
-0920 arrived at Albertson
-0940 left the place en route to the volleyball training
-1001 arrived at the training camp to drop off food for Jaqueline
-1005 left place en route to Mrs Robinsons mother
-1023 arrived at her mothers place to pick her up
-1025 left place en route back home
-1045 arrived at home
-1246 left home en route to advanced aesthetics
-1257 arrived at this place
-1338 left place en route to the volleyball training to pick up Jaqueline
-1355 arrived at Durango High School
-1405 left school en route back to advanced aesthetics to pick up Mrs Robinsons mother
-1421 arrived at advanced aesthetics
-1447 left the place en route back home
-1521 arrived at Mrs Robinsons moms house to drop her off
-1522 en route back home
-1545 arrived at home
-1730 left home with Mr&Mrs Robinson and their two kids en route to UNLV basketball Stadion
-1850 arrived at the Stadion
-1943 left Stadion en route back home in Summerlin
-2010 arrived at home
-2034 left home en route to restaurant Sammy's with the hole family + Briana, Esti and Helena
-2045 arrived at the restaurant

1

-2158 left the place en route back home
-2210 back home
-2230 off duty

PRO-TECT  000328

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:03 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** July 24, 2015 at 5:41:43 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson detail**
>
> July 23, 2015, Officer William Onuchukwu
> -0700 on duty at home in Summerlin
> -0800 left home en route to the Durango High School to drop off Jaqueline for her volleyball camp
> -0815 arrived at school
> -0820 left school en route to the gym
> -0843 arrived at the gym
> -0945 left gym en route to "Sprouts" store
> -0952 arrived at "Sprouts"
> -1030 left place en route back home
> -1037 arrived at home
> -1245 left home en route to the store calico
> -1252 arrived at the store
> -1258 left store en route back home
> -1306 arrived at home
> -1317 left home en route to Durango high school
> -1335 arrived at school to pick up Jaqueline
> -1413 left school en route to Ventura gun store
> -1445 arrived at Ventura gun store
> -1510 left the place en route to American Shooters
> -1520 arrived at American Shooters
> -1545 left the store en route to the restaurant Outback
> -1605 arrived at the restaurant Outback
> -1643 left the place en route back to home
> -1649 arrived at home
> -1900 off duty

1

PRO-TECT 000329

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:03 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** July 27, 2015 at 2:21:45 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson details**
>
> July 25, 2015 Officer William Onuchukwu
> -1200 on duty at home in Summerlin
> -1245 left home en route to Office Max
> -1300 arrived at office max
> -1318 left office max en route to Sport Chalet
> -1322 arrived at Sport Chalet
> -1329 left the place en route to Tillys Hookup
> -1332 arrived at Tillys Hookup
> -1401 left place en route to Red Rock Casino
> -1413 arrived at red rock Casino
> -1516 left place en route back home
> -1530 arrived at home
> -1945 left home en route to "Nekter Juice bar"
> -2000 arrived at nektar
> -2130 left place en route Summerlin home
> -2140 arrived at home
> -2200 off duty

PRO-TECT  000330

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:03 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** July 31, 2015 at 11:43:11 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>
> **Subject: Robinson's detail**
>
> Robinson Security Detail
> 20 July 2015
> 0700- On duty residence
> 0749- Clear
> 0800-Lifetime Fitness
> 0808-Clear
> 0818-Residence
> 0854-Clear
> 0915-Wynn Casino, Meeting Kiki
> 1150-Clear
> 1159-Site with Kiki
> 1313-Clear
> 1338-Summerlin Office
> 1625-Clear
> 1638-Residence
> 1702-Clear
> 1835-NBA game Thomas and Mac
> 1943-Clear
> 2010- Residence
> 2034-Clear
> 2045-Sammy's Restaurant
> 2158-Clear
> 2210-Residence
> 2230-EOW
> Disposition:
> William was assigned to Mrs. Robinson for daily events and I with Mr. Robinson.
>
> Robinson Security Detail
> 21 July 2015
> 0700-On duty residence

1

PRO-TECT  000331

0718-Clear
0730-Drop Jaquelyn off at Volleyball
0800- Lifetime Fitness
0916-Clear
0925- Residence
0940-Clear
0956-AnyLabTest Facility
1026-Clear
1045-Residence
1115-Clear
1121-Grocery
1334-Clear
1137-Residence
1310-Clear
1335-Site
1413-Clear
1426- Las Vegas Convention Center
1539-Clear
1611-Cunningham Architect
1650-Clear
1659-Residence
2000-EOW
No incidents to report

Robinson Security Detail
22 July 2015
0700- On Duty Residence
0818-Walk with Mr. Robinson
0859-Reaidence
1135-Clear
1145-Summerlin Office
1210-Clear
1225-Residence
1234-Clear
1240-Wells Fargo
1307-Clear
1315-Residence
1341-Clear
1400-Durango High
1405-Clear
1425-Residence
1756-Clear
1822-Restaurant
2119-Clear
2137-Residence
2200-EOW
No events to report.

25 July 2015
1200- On Duty Residence
1229-Clear

2

1249-Lifestyle Gym
1420-Clear
1427-Residence
1950-Clear
1959-Summerlin Mall
2130-Clear
2142-Residence
2200-Clear
Disposition:
Today william with Mrs. Robinson and I with Mr. Robinson. No incidents to report.

Robinson Security Detail
28 July 2015
0930- On Duty Residence
0955-Clear
1004-Summerlin Office
1224-Clear
1242-Chiropractor's Office
1309-Clear
1323-Carwash
1417-Clear
1425-Residence
1630-EOW
Disposition:
Jose accompanied Mrs. Robinson and I accompanied Mr. Robinson for daily events. No
incidents to report.
The family advised they were satay in for the rest of the day. Uniform security on duty outside
the residence.
Tim

Robinson security Detail
29 July 2015
0700- On Duty Residence
0855-Clear
0905-LifeStyle Gym
1016-Clear
1026-Residence
1200-Clear until 1730
1800-On Duty Residence
1855-Clear
1911-Party
2149-Clear
2215-Residence
2230-EOW
Disposition:
No incidents to report.

Robinson security Detail
29 July 2015
0700- On Duty Residence
0855-Clear

3

PRO-TECT 000333

0905-LifeStyle Gym
1016-Clear
1026-Residence
1200-Clear until 1730
1800-On Duty Residence
1855-Clear
1911-Party
2149-Clear
2215-Residence
2230-EOW
Disposition:
No incidents to report.

Robinson Security Detail
30 July 2015
0900-On duty residence
1155-Clear
1206-Summerlin Hospital
1406-Clear
1419-Residence
1515-Clear
1526-Chiropractor Office
1559-Clear
1609-Residence
1845-Clear
1857-Famous Dave's BBQ
1916-Clear
1926-Residence
1930-EOW
Disposition:
Mrs. Robinson's mother was admitted to Summerlin Hospital, which will require EP on rotation for the next 24 hours and or until Mrs. Robinson clears the hospital, assume to he possibility of Collins making an appearance. Currently, Mrs. Robinson plans on spending the night at the hospital.
Tim

4

PRO-TECT  000334

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:03 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** July 31, 2015 at 10:39:22 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson's detail**
>
> July 30, 2015 Officer William Onuchukwu
> -0730 on duty at home in Summerlin
> -0750 left home en route to the gym
> -0758 arrived at the gym
> -0956 left gym en route to malls
> -1009
> -1145 left malls en route to Summerlin Hospital
> - 1158 arrived at the hospital ER room 9
> -1403 left hospital
> -1420 arrived at home
> -1546 left home en route to the hospital
> -1625 arrived at the hospital
> -1820 left hospital en route to the Summerlin residence to drop off a EP Officers car
> -1845 off duty

1

PRO-TECT 000335

**acctmgr**

| | |
|---|---|
| From: | John Puebla <clearandvalid50@yahoo.com> |
| Sent: | Wednesday, June 21, 2017 11:02 AM |
| To: | acctmgr |
| Subject: | Fwd: Robinson's detail |

Sent from my iPhone

Begin forwarded message:

**From:** John Puebla <clearandvalid50@yahoo.com>
**Date:** July 31, 2015 at 4:39:12 PM PDT
**To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
**Subject: Robinson's detail**

July 30 2015
Jose Gutierrez
1730. Summerlin Hospital
Emergency Room
1900. We moved to room 404
1935. Maria friends ,Phillip mom and dad arrived at room 404
2300. All quiet no suspicious activities
200. All quite , No activities to report and this time
510.  Left hospital ,in route at home
530.  Arrived at home
Off duty

1

PRO-TECT  000336

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:03 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** July 31, 2015 at 4:37:30 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson's detail**
>
> July 31, 2015 Officer William Onuchukwu
> -1000 on duty at home in Summerlin
> -1143 left home en route
> -1158 arrived at the hospital
> -1400 left hospital en route
> -1411 arrived at lazy dog
> -1520 left lazy dog en route back home
> -1538 arrived at home
> -1600 off duty

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:00 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** August 4, 2015 at 9:30:12 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson's detail**
>
> Robinson Security Detail
> 3 August 2015
> 0745- On duty residence
> 1144-Clear
> 1157-Summerlin Office meetings
> 1538-Clear
> 1608-Site,with partners from Texas
> 1735-Clear
> 1814-Residence
> 2012-Clear
> 2035-Palms dinner meeting
> 2305-Clear
> 2322-Residence
> 2328-Clear
> 2330-EOW
> Disposition:
> Jose accompanied Mrs. Robinson for daily events and I with Mr. Robinson. No incidents to report.

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:00 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** August 4, 2015 at 9:32:46 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson's detail**
>
> August 3 2015
> Jose Gutierrez
> 730.   Robinson resident
> 745.    In Route at gym
> 800.    Arrived at gym
> 945.    In Route at meadows mall
> 1130.  Left at mall in route at home
> 1200.  Arrived at home
> 1300.  All clear no suspicion activities
> 1400.  All quiet
> 1500.  No activities to report
> 1630.  Off duty.

1

PRO-TECT 000339

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:00 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's detail |

Sent from my iPhone

Begin forwarded message:

**From:** John Puebla <clearandvalid50@yahoo.com>
**Date:** August 4, 2015 at 11:01:24 PM PDT
**To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>
**Subject: Robinson's detail**

Robinson Security Detail
Tim Koonce
4 Aug 2015
1130- On Duty Residence
1249-Clear
1314-Site
1422-Clear
1455-Summerlin Office
1655-Clear
1716-Calvery Chappel
1754-Clear
1819-Red Rock
2050-Clear
2100-Residence
2100-EOW
Disposition:
Today was without incident. Jose was with Mrs. Robinson and I with Mr. Robinson. Jose cleared at 1330 hours.

August 5 2015
Jose Gutierrez
0730.  Robinson resident
0750.  In route at gym
0800.  Arrived  at gym
0945.  in route at home
1000.  arrived at home
1200.  No activities to  report at this time
1330.  Off duty.

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:00 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** August 5, 2015 at 10:37:00 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson's detail**
>
> August 5, 2015 Officer William Onuchukwu
> -0730 on duty at the residence in Summerlin
> -0753 left home en route to the gym
> -0806 arrived at the gym
> -0928 went with Mrs Robinson, Jaqueline, Jay Jay and Philipp downstairs to the LifeTime Snack-bar.
> Mrs Robinson was ordering food and something to drink. The employee at the Snack-bar was new, therefore it took her a little bit longer than it usually takes.
> A couple minutes later I recognized a BMA (Black Male Adult) who was standing behind Mrs Robinson in a safe distance to Mrs R. The BMA was starting to say the following to Mrs R.:
> "Are you kidding me right now? Get your fucking family, your fucking food and get the fuck out here!!" As soon as he was starting to talk like that I took the empty spot between the BMA and Mrs Robinson to make sure she and the Juveniles are safe! Furthermore I blocked the BMA's view and told him to stop this behavior right now!! The BMA was verbally aggressive but was not threatening Mrs R. He kept going to say :" Get the fuck out here , take your fucking family with you" We walked over to the reception and told them about this incident and the BMA. After that we left the facility. During that time the BMA was sitting at a table, waiting for his breakfast.
> The management was notified about that incident as well. Mrs Robinson canceled her membership with LifeTime Fitness right away. She is not going back to this facility anymore! Mr Robinson is probably going to use the rest of the membership (until end of September) with Jay Jay.
> -0935 left gym en route to a barber shop
> -0940 arrived at the Summerlin barber shop
> -1130 left the barber shop, en route back home
> -1145 arrived at home
> -1221 left home en route to school
> -1238 arrived at school
> -1322 left school
> -1340 arrived at Rachel's (restaurant)

1

-1429 left place
-1438 arrived at school
-1450 left school
-1521 arrived at home
-1930 off duty

PRO-TECT  000342

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:00 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's details |

Sent from my iPhone

Begin forwarded message:

**From:** John Puebla <clearandvalid50@yahoo.com>
**Date:** August 8, 2015 at 11:21:11 PM PDT
**To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>
**Subject: Robinson's details**

August 5 2015
Jose Gutierrez
0730.  Robinson resident
0750.  In route at gym
0800.  Arrived  at gym
0945.  in route at home
1000.  arrived at home
1200.  No activities to  report at this time
1330.  Off duty.
August 7 2015
Jose Gutierrez
730.  Robinson resident
800.   In route at gym
1020. Arrived at home
1330. In route at chiropractic
1345. Arrived
1420. In route at Summerlin office
1445. Arrived at office
1505. Left the office in route at home
1520. d at home
1915. In route to Summerlin
1930. Arrived
2115. Left Summerlin
2130  arrived  home
2130. Off duty.


August 7, 2015, Officer William Onuchukwu
-0900 on duty at the residence in Summerlin
-1045 left home en route to Summerlin Malls

1

PRO-TECT  000343

-1110 arrived at Summerlin malls
-1307 left en route back home
-1334 arrived at home
-1440 left home en route to American Shooters
-1456 arrived at American Shooters
-1600 left American shooter
-1632 arrived at Raising Canes
-1656 left place en route to school
-1708 arrived at school
-1938 left school en route back home
-2015 arrived at home
-2020 left home en route to Summerlin Malls
-2115 left Summerlin Malls
-2130 arrived at home and off duty

PRO-TECT  000344

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:00 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** August 6, 2015 at 10:15:47 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>
> **Subject: Robinson's detail**
>
> August 6, 2015, Officer William Onuchukwu
> -1030 on duty at the residence in Summerlin
> -1349 left residence with Mrs R. Jay Jay and Jaqueline
> -1413 arrived at bath beyond
> -1438 left place en route to Red Rock Casino
> -1445 arrived at Red Rock Casino
> -1608 left en route back to the residence
> -1617 arrived at the residence
> -1644 left en route to school
> -1703 arrived at school
> -1905 left school en route home
> -1920 arrived at home
> -1930 off duty
>
> Robinson Security Detail
> 6 Aug 2015
> 1030-On Duty Residence
> 1129-Clear
> 1141-Summerlin Office
> 1532-Clear
> 1538-Yard House
> 1604-Clear
> 1620-Residence
> 1930-Clear
> EOW
> Disposition:
> William accompanied Mrs. Robinson and I with Mr. Robinson. No incidents to report
> Tim

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 11:00 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** August 9, 2015 at 5:00:40 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>
> **Subject: Robinson's details**
>
> August 8, 2015
> 1200. Arrived to Robinson resident
> 1205. In route to Westin Hotels
> 1245. Arrived
> 1400. No special activity to report
> 1930. Off Duty

1

PRO-TECT 000346

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 10:59 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Approval |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** August 12, 2015 at 3:40:28 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Approval**
>
> Good afternoon Don and Luis, I need to get approval for my EP Agent to stay over after 8 hours. He hit his 8 hour mark at 1530 and the Robinson family would like to keep him over. Please let me know as soon as you can before they leave the house.
>
> Pro-Tect Management
> John Puebla
> 2093037601
> 7027350110

1

PRO-TECT 000347

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 10:58 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** August 12, 2015 at 4:45:05 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson's detail**
>
> Robinson Security Detail
> 12 Aug 2015
> 0730- On duty residence
> 0800-Clear
> 0810-Gym
> 0945-Clear
> 1000-Best Buy
> 1019-Clear
> 1019-Shopping several stores Summerlin area, Charleston Blvd
> 1200-Residence
> 1304-Clear, follow Mr. Robinson to the office, Summerlin
> 1312-Clear
> 1322-Residence
> 1411-Clear
> 1448Kids School
> 1505-Clear
> 1537-Residence
> 1556-Clear
> 1610-Best Buy
> 1621-Clear
> 1633-Residence
> EOW
> This is the guy who went off on Mrs. Robinson and the kids at the gym. (See William's Report)
> Perp: Leo Anderson, BMA 5'10" 265 lbs., partial DOB of 1980 and possibly has a police record.
> He is currently working at St. Joseph's Children Home in Minneapolis, Minnesota. He also has a
> LinkedIn page. His Facebook page shows the following address: 10254 Crockston Court Las
> Vegas, Nevada 89183
> Ph: 612-516-0580
> Note: The gym management revoked Anderson's membership due to his behavior. No further
> contact with Anderson nor incidents to this date.

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 10:56 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** August 16, 2015 at 12:51:24 AM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-
> tectsecurity.com
> **Subject: Robinson's details**
>
> August 15 , 20015
> Jose Gutierrez
> 945. Robinson resident
> 1000.In route at gym
> 1010 Arrived
> 1100 In route at home
> 1110 Arrived
> 1245 In route to baby shower
> ( Paradise park)
> 1320 Arrived
> 1510 in route at home
> 1745 arrived
> 1745 off duty.

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 10:56 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** August 24, 2015 at 3:47:05 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>
> **Subject: Robinson's details**
>
> August 24 , 2015
> Jose Gutierrez
> 700. Robinson. Resident
> 745. In route at school
> 800. Arrived
> 810. In route at gym
> 825. Arrived
> 945. In route at House
> 955 Arrived
> 1245. In route at Market
> 1255. Arrived
> 1235 in route at House
> 1445. Arrived
> 1500. Off duty .
>
> Robinson Security Detail
> 21 August 2015
> 0900- On duty residence
> 1204-Clear
> 1236-Chiropractor
> 1304-Clear
> 1314-Residence
> 1439-Clear
> 1456-Calvary Chapel
> 1512-Clear
> 1528-Residence
> 1556-Clear
> 1600-Lifestyle Gym
> 1700-Clear
> EOW

1

Disposition:
No Issues to report

PRO-TECT  000351

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 10:56 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** August 26, 2015 at 3:59:58 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, "leslie@pro-tectsecurity.com" <leslie@pro-tectsecurity.com>
> **Subject: Robinson's details**
>
> Robinson Security Detail
> 21 August 2015
> 0900- On duty residence
> 1204-Clear
> 1236-Chiropractor
> 1304-Clear
> 1314-Residence
> 1439-Clear
> 1456-Calvary Chapel
> 1512-Clear
> 1528-Residence
> 1556-Clear
> 1600-Lifestyle Gym
> 1700-Clear
> EOW
> Disposition:
> No Issues to report
> Tim Koonce

1

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 10:54 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's details |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** August 27, 2015 at 4:11:35 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson's details**
>
> 27 August 2015
> Robinson Security Detail
> 0730- On Duty
> 0801-Clear
> 0810-Lifestyle
> 0922-Clear
> 0937-Residence
> 1303-Clear
> 1313-SportsAuthority
> 1331-Clear
> 1340-Tilley's
> 1413-Clear
> 1421-Residence
> 1437-Clear
> 1457-Calvary Chapel
> 1516-Clear
> 1525-Residence
> 1530-Clear
> EOW
> Disposition:
> No issues to report
> T. Koonce

1

PRO-TECT  000353

**acctmgr**

| | |
|---|---|
| **From:** | John Puebla <clearandvalid50@yahoo.com> |
| **Sent:** | Wednesday, June 21, 2017 10:53 AM |
| **To:** | acctmgr |
| **Subject:** | Fwd: Robinson's detail |

Sent from my iPhone

Begin forwarded message:

> **From:** John Puebla <clearandvalid50@yahoo.com>
> **Date:** September 2, 2015 at 8:44:29 PM PDT
> **To:** Luis Vega <lvega@isishq.com>, Don Wright <dwright@isishq.com>, leslie@pro-tectsecurity.com
> **Subject: Robinson's detail**
>
> 02 September 2015
> 0730- On duty residence
> 0741- Clear
> 0751- Lifestyle
> 0927- Clear
> 0927- Breakfast Summerlin Mall
> 0955- Clear
> 1006- Residence
> 1244- Clear
> 1310- Arena Site
> 1438- Clear
> 1508- Calvary Chapel School
> 1509- Clear
> 1525- Residence
> 1530- EOW
> Disposition:
> No Issues To Report
> Tim

PRO-TECT 000354