# EXHIBIT 76-8

# EXHIBIT 76-8

**leslie**

**From:** leslie
**Sent:** Friday, August 07, 2015 7:04 AM
**To:** Don Wright
**Subject:** Re: All Net

Ok thx.

Sent from my iPhone

> On Aug 7, 2015, at 6:09 AM, Don Wright <DWright@isishq.com> wrote:
>
> Leslie,
>
> On the plane to Dallas to meet privately with Jackie's investors and confirm funds. Luis will call you tonight or early on Saturday to let you know about status and pulling guards.
>
> Don Wright
> Chairman / CEO
> Special Intelligence Service

1

PRO-TECT 000236

# leslie

| | |
|---|---|
| **From:** | leslie |
| **Sent:** | Wednesday, August 26, 2015 11:48 AM |
| **To:** | Luis Vega |
| **Subject:** | Re: Outstanding balance |

Hi Luis , we already scaled back once are you or don available to chat. There have been no incidents at the residence and just steve's crew at site so I think we can lock the gate since they have keys. Please advise. Thx, leslie

Sent from my iPhone

On Aug 26, 2015, at 11:42 AM, Luis Vega <LVega@isishq.com> wrote:

> Leslie, I will get back to you catch up later but we should downsize or pull them again until further notice.
>
> V/R
>
> Luis Vega
> 202.441.3029 Mobile
> 202.204.3048 Office
> Lvega@isishq.com
> www.isishq.com
>
>
> On Aug 26, 2015, at 12:11, leslie <leslie@pro-tectsecurity.com> wrote:
>
>> Gentlemen,
>>
>> We stopped by the site yesterday and there is no activity and no one was on property. You requested that our accounting team be patient as there were over 500 checks to be dispersed but we still haven't received any monies to date and are now approaching $200,000 in invoices. Our advisors have now put their foot down and I must respectfully request payment.
>>
>> Pro-Tect is now in a position where we will be forced to suspend service until the project resumes.
>>
>> Very Respectfully,
>>
>> Leslie Bruno
>> **Pro-Tect Security**
>> 3511 S. Eastern Ave.
>> Las Vegas, NV 89169
>> Phone: 702-735-0110 Cell: 702-460-4300
>> Fax: 702-735-7793
>> Email: leslie@pro-tectsecurity.com

1

# leslie

| | |
|---|---|
| **From:** | Luis Vega <LVega@isishq.com> |
| **Sent:** | Wednesday, August 26, 2015 11:50 AM |
| **To:** | leslie |
| **Subject:** | Re: Outstanding balance |

Ok. We both get back Leslie this weekend. Let's talk sat and we can settle by next week.

V/R

Luis Vega
202.441.3029 Mobile
202.204.3048 Office
Lvega@isishq.com
www.isishq.com


On Aug 26, 2015, at 14:47, leslie <leslie@pro-tectsecurity.com> wrote:

> Hi Luis, we already scaled back once are you or don available to chat. There have been no incidents at the residence and just steve's crew at site so I think we can lock the gate since they have keys. Please advise. Thx, leslie
>
> Sent from my iPhone
>
> On Aug 26, 2015, at 11:42 AM, Luis Vega <LVega@isishq.com> wrote:
>
>> Leslie, I will get back to you catch up later but we should downsize or pull them again until further notice.
>>
>> V/R
>>
>> Luis Vega
>> 202.441.3029 Mobile
>> 202.204.3048 Office
>> Lvega@isishq.com
>> www.isishq.com
>>
>>
>> On Aug 26, 2015, at 12:11, leslie <leslie@pro-tectsecurity.com> wrote:
>>
>>> Gentlemen,
>>>
>>> We stopped by the site yesterday and there is no activity and no one was on property. You requested that our accounting team be patient as there were over 500 checks to be dispersed but we still haven't received any monies to date and are now approaching $200,000 in invoices. Our advisors have now put their foot down and I must respectfully request payment.

1

Pro-Tect is now in a position where we will be forced to suspend service until the project resumes.

Very Respectfully,

Leslie Bruno
**Pro-Tect Security**
3511 S. Eastern Ave.
Las Vegas, NV 89169
Phone: 702-735-0110 Cell: 702-460-4300
Fax: 702-735-7793
Email: leslie@pro-tectsecurity.com

2