GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
KRAVITZ, SCHNITZER, & JOHNSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 352-6666
Facsimile:   (702) 362-2203
Email: gschnitzer@ksjattorneys.com
          rgreen@ksjattorneys.com
*Attorneys for Plaintiff,*
*Trade Show Services, LTD.*
*d/b/a Pro-Tect Security*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRADE SHOW SERVICES, LTD., a Nevada Corporation, d/b/a PRO-TECT SECURITY SERVICES,<br><br>Plaintiff,<br>vs.<br><br>INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., an Arizona Corporation; INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., d/b/a SPECIAL INTELLIGENCE SERVICE, an Arizona Corporation;  DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01685-JAD-NJK<br><br>**PLAINTIFF TRADE SHOW SERVICES, LTD DBA PRO-TECT SECURITY SERVICES' INDEX OF EXHIBIT IN SUPPORT OF THE REPLY IN RESPONSE TO DEFENDANT'S OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT** |

COME NOW, Plaintiff TRADE SHOW SERVICES, LTD DBA PRO-TECT SECURITY SERVICES ("Pro-Tect"), by and through their attorneys of record, the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD, and hereby submits the following Index of the Exhibit in Support of Plaintiff's Reply in Response to Defendant's Opposition to Plaintiff's Motion for Summary Judgment.

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| Exhibit 1 | Defendants Integrated Systems Improvement Services, Inc., and Integrated Systems Improvement Services, Inc., dba Special Intelligence Service's |

|  | Responses to Plaintiffs Trade Show Services, LTD's dba Pro-Tect Security Services Third Set of Requests for Admission |
|---|---|

Pursuant to Rule 10-3 of the Local Rules of Practice of the United States District Court for the District of Nevada, Pro-Tect has provided the Court with a courtesy copy of the Motion and Exhibits.

DATED this 23rd day of July, 2019.

        KRAVITZ, SCHNITZER & JOHNSON, CHTD.

        BY:   /s/ L. Renee Green_____
        GARY E. SCHNITZER, ESQ.
        Nevada Bar No. 395
        L. RENEE GREEN, ESQ.
        Nevada Bar No. 12755
        8985 So. Eastern Avenue, Suite 200
        Las Vegas, Nevada 89123
        Telephone:  (702) 352-6666
        Facsimile:   (702) 362-2203
        Email: gschnitzer@ksjattorneys.com
             rgreen@ksjattorneys.com
        *Attorneys for Plaintiff,*
        *Trade Show Services, LTD.*
        *d/b/a Pro-Tect Security*