MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
ANDREW S. BLAYLOCK, ESQ.
Nevada Bar No. 13666
SMITH & SHAPIRO, PLLC
3333 E. Serene Ave., Suite 130
Henderson, Nevada 89074
(702) 318-5033
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TRADE SHOW SERVICES, LTD., a Nevada Corporation, d/b/a PRO-TECT SECURITY SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., an Arizona Corporation; INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., d/b/a SPECIAL INTELLIGENCE SERVICE, an Arizona Corporation; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-CV-01685-JAD-NJK |

**Notice of Filing Bankruptcy**

Please take notice that on December 8, 2020, Defendant Integrated Systems Improvement Services, Inc. dba Special Intelligence Service[1] filed a bankruptcy petition in the United States Bankruptcy Court, District of Arizona, which has been assigned Case No. 2:20-bk-13162-EPB.

Pursuant to section 362(a) of the Bankruptcy Code, the filing of the bankruptcy petition operates as an automatic stay of "the commencement or continuation, including issuance or employment of process, of a judicial, administrative, or other action or proceeding against the

---

[1] Plaintiff has sued Integrated Systems Improvement Services, Inc. and Integrated Systems Improvement Services, Inc. d/b/a/ Special Intelligence Services as though they are separate entities. They are one in the same, and there are, therefore, no defendants in this action that have not filed bankruptcy.

1

debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."

Defendant reserves its right to bring an action in the Bankruptcy Court for any violation of the automatic stay under section 362(a) of the Bankruptcy Code.

DATED this 8th day of December, 2020.

**SMITH & SHAPIRO, PLLC**

/s/Michael D. Rawlins
MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
ANDREW S. BLAYLOCK, ESQ.
Nevada Bar No. 13666
3333 E. Serene Ave., Ste. 130
Henderson, Nevada 89074
*Attorneys for Defendant*