GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 352-6666
Facsimile:   (702) 362-2203
Email: gschnitzer@ksjattorneys.com
            rgreen@ksjattorneys.com
*Attorneys for Plaintiff,*
*Trade Show Services, LTD.*
*d/b/a Pro-Tect Security*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRADE SHOW SERVICES, LTD., a Nevada Corporation, d/b/a PRO-TECT SECURITY SERVICES, <br><br>                    Plaintiff, <br><br> vs. <br><br> INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., an Arizona Corporation; INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., d/b/a SPECIAL INTELLIGENCE SERVICE, an Arizona Corporation;  DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br>                    Defendants. | Case No.: 2:17-cv-01685-JAD-NJK <br><br> **PLAINTIFF TRADE SHOW SERVICES, LTD.'S REQUEST FOR JUDICIAL NOTICE** |

COMES NOW, Plaintiff TRADE SHOW SERVICES, LTD., d/b/a PRO-TECT SECURITY ("Pro-Tect"), by and through its attorneys of record, the law firm of KRAVITZ, SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD., and hereby requests that the Court take judicial notice of the following documents in support of its Status Report:

/ / /

/ / /

1

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Docket from the U.S. Bankruptcy Court for the District of Arizona regarding the status of Bankruptcy Petition #:2:20-bk-13162-EFB that was accessed May 30, 2021 |
| 2 | Integrated Systems Improvement Services, Inc.'s Bankruptcy Petition filed on January 5, 2021 at the Bankruptcy Court for the District of Arizona for Bankruptcy Petition #:2:20-bk-13162-EFB |

"Under Federal Rules of Evidence 201, "a court may take judicial notice of 'matters of public record.'" *Leverty & Assocs. Law, Chtd. v. Exley*, 2018 U.S. Dist. LEXIS 172288, at *4 (D. Nev. Oct. 5, 2018)(citing *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001)).  Courts routinely take judicial notice of the fact of public record "if a party requests it and the court is supplied with the necessary information."  *Id*. (citing Fed. R. Evid. 201(c)(2)).

As a result thereof, Pro-Tect respectfully requests this Court to take notice of the above documents as these documents are generally known and can be easily accessed on the Public Access to Court Electronic Records (PACER).

DATED this 30th day of March, 2020.

KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.


BY: /s/ *L. Renee Green, Esq.*
    GARY E. SCHNITZER, ESQ.
    Nevada Bar No. 395
    L. RENEE GREEN, ESQ.
    Nevada Bar No. 12755
    8985 So. Eastern Avenue, Suite 200
    Las Vegas, Nevada 89123
    Telephone:  (702) 352-6666
    Facsimile:   (702) 362-2203
    Email:  gschnitzer@ksjattorneys.com
           rgreen@ksjattorneys.com
    *Attorneys for Plaintiff,*
    *Trade Show Services, LTD.*
    *d/b/a Pro-Tect Security*